# Exhibit C

# Second College Edition

# The American Heritage Dictionary

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982, 1985, 1991 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

**Library of Congress Cataloging in Publication Data**
Main entry under title:
American Heritage dictionary.
   Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
   1. English language—Dictionaries.   I. Morris, William, 1913–
PE1625.A54   1982    423    82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

*be* denotes an entity that is also understood as the object of some other verb or preposition. Shall we say *it is I she loves* or *it is me she loves?* There is no strict rule, but given the natural tendency to use objective forms like *me* rather than nominatives like *I* in undecidable cases, the use of *me* is entirely defensible here. It should also be noted that the use of the nominative following *to be* sounds stilted when the verb has been contracted. Nevertheless, a purist would say *it's I* rather than *it's me*, or *that's they* rather than *that's them.*

**Be** The symbol for the element beryllium.

**be-** *pref.* **1.** Completely; thoroughly; excessively. Used as an intensive: *bemoan.* **2.** On; around; over: *besmear.* **3.** Used to form transitive verbs from nouns, adjectives, and intransitive verbs, as: **a.** Make; cause to become: *besot.* **b.** Affect or provide with: *bespangle.* [ME < OE *bī-.*]

**beach** (bēch) *n.* **1.** The shore of a body of water, esp. when sandy or pebbly. **2.** The sand or pebbles on a shore. —*tr.v.* **beached, beach·ing, beach·es.** To haul or drive ashore. [Orig. unknown.]

**beach buggy** *n.* A dune buggy.

**beach·comb·er** (bēch'kō'mər) *n.* **1.** One who lives on what can be found on beaches or in wharf areas. **2.** A long wave rolling in toward a beach.

**beach flea** *n.* Any of various small, jumping crustaceans of the family Orchestiidae, living on sandy beaches at or near the tide line.

**beach grass** *n.* Any grass of the genus *Ammophila,* growing mostly on sandy shores and dunes and having spikelets in long, crowded clusters.

**beach·head** (bēch'hĕd') *n.* **1.** A position on an enemy shoreline captured by troops in advance of an invading force. **2.** A position that opens the way for further development; foothold.

**beach pea** *n.* Either of two similar North American plants, *Lathyrus maritimus,* of the Atlantic coast, or *L. littoralis,* of the Pacific coast, having purplish flowers and sprawling stems.

**beach plum** *n.* A seacoast shrub, *Prunus maritima,* of northeastern North America, having white flowers and edible, plumlike fruit.

**beach wormwood** *n.* A seacoast plant, *Artemisia stelleriana,* native to Asia, covered with dense white down and having small yellow flowers.

**bea·con** (bē'kən) *n.* **1.** A signal fire, esp. one used to warn of an enemy's approach. **2.** A lighthouse or other signaling or guiding device on a coast. **3.** A radio transmitter that emits a characteristic signal as a warning or guide. **4.** Something that warns or guides. —*tr. & intr.v.* **-coned, -con·ing, -cons.** To provide with or serve as a beacon. [ME *beken* < OE *bēacen.*]

**bead** (bēd) *n.* **1. a.** A small, ball-shaped piece of material pierced for stringing or threading. **b. beads.** A necklace made of such pieces. **c. beads.** A rosary. **2.** A small, round object, esp.: **a.** A small drop of moisture. **b.** A bubble of gas in a liquid. **c.** A small knob of metal on the muzzle of a rifle or gun, used for sighting. **3.** A strip of material, usually wood, with one molded edge placed flush against the inner part of a door or window frame. —*tr. & intr.v.* **bead·ed, bead·ing, beads.** To furnish with or collect into beads. [ME *bede,* rosary bead < OE *gebed,* prayer.]

**bead·ing** (bē'dĭng) *n.* **1.** Beads or material used for beads. **2.** Ornamentation with beads. **3.** A narrow, half-rounded molding. **4.** A narrow piece of openwork lace through which ribbon may be run.

**bea·dle** (bēd'l) *n.* A minor parish official in an English church whose duties include keeping order and ushering during services. [ME *bedele,* herald < OE *bydel.*]

**bead·work** (bēd'wûrk') *n.* **1.** Decorative work in beads. **2.** *Archit.* Beaded molding.

**bead·y** (bē'dē) *adj.* **-i·er, -i·est. 1.** Small, round, and shiny: *beady eyes.* **2.** Decorated or covered with beads.

**bea·gle** (bē'gəl) *n.* One of a breed of small hounds having short legs, drooping ears, and a smooth coat with white, black, and tan markings. [ME *begle.*]

**beak** (bēk) *n.* **1. a.** The horny, projecting structure forming the mandibles of a bird; bill. **b.** A part or organ resembling this, as in some turtles, insects, or fish. **2.** A hard, cone-shaped, or pointed structure or part. **3.** *Informal.* A person's nose. [ME *bek* < OFr. *bec* < Lat. *beccus,* of Celt. orig.] —**beaked** *adj.*

**beak·er** (bē'kər) *n.* **1.** A large drinking cup with a wide mouth. **2.** An open glass cylinder with a pouring lip, used as a laboratory container. [ME *biker* < ON *bikarr,* prob. < Med. Lat. *bicarius* < Gk. *bikos,* jug.]

**beam** (bēm) *n.* **1.** A squared-off log or large, oblong piece of timber, metal, or stone used esp. in construction. **2.** The breadth of a ship at the widest point. **3.** *Informal.* The width across a person's hips. **4.** A steel tube or wooden roller on which the warp is wound in a loom. **5.** An oscillating lever connected on an engine piston rod and used to transmit power to the crankshaft. **6.** The bar of a balance from which weighing pans are suspended. **7.** One of the main stems of a deer's antlers. **8.** The main horizontal bar on a plow to which the share, colter, and handles are attached. **9. a.** A ray of light. **b.** A group of particles traveling together in

close parallel trajectories. **10.** A radio beam. —*v.* **beamed, beam·ing, beams.** —*intr.* **1.** To radiate light; shine. **2.** To smile expansively. —*tr.* To emit or transmit. —*idiom.* **on the beam. 1.** Following a radio beam, as an aircraft. **2.** *Informal.* On the right track; operating correctly. [ME < OE *bēam.*]

**beam-ends** (bēm'ĕndz') *pl.n.* The ends of a ship's beams.

**beam·ish** (bē'mĭsh) *adj.* Beaming; smiling. —**beam'ish·ly** *adv.*

**beam·y** (bē'mē) *adj.* **-i·er, -i·est. 1.** Broad in the beam. **2.** Emitting beams, as of light; radiant.

**bean** (bēn) *n.* **1. a.** Any of several plants of the genus *Phaseolus,* having compound leaves, white or yellow flowers, and seed-bearing pods. **b.** The edible seed or pod of any of these plants. **c.** Any of several related plants bearing similar pods and seeds. **d.** Any of various other seeds or pods resembling beans, as the coffee bean. **2.** *Slang.* The head. **3. beans.** *Slang.* A small amount: *don't know beans about the market.* **4.** *Chiefly Brit. Slang.* A fellow; chap. —*tr.v.* **beaned, bean·ing, beans.** *Slang.* To hit on the head with a thrown object, esp. a pitched baseball. —*idioms.* **full of beans.** Energetic. **spill the beans.** To disclose something that was not meant to be disclosed. [ME *bene* < OE *bēan.*]

**bean·bag** (bēn'băg') *n.* A small bag filled with dried beans and used for throwing in games.

**bean ball** *n.* A baseball pitch aimed at the batter's head.

**bean blight** *n.* A disease of the bean caused by the bacterium *Xanthomonas phaseoli,* which results in yellow-brown blotches on all parts of the plant.

**bean caper** *n.* A plant of the genus *Zygophyllum,* esp. *Z. fabago,* a shrub of the Middle East, bearing edible buds used as capers.

**bean curd** *n.* A soft, cheeselike food made from puréed soy beans. [Transl. of Chin. (Mandarin) *douˆ fu³ : douˆ,* bean + *fu³,* curdled.]

**bean·ie** (bē'nē) *n.* A small brimless cap.

**bean·o** (bē'nō) *n., pl.* **-os.** A form of bingo, esp. one using beans as markers.

**bean·pole** (bēn'pōl') *n.* **1.** A thin pole used to support bean vines. **2.** *Slang.* A very tall, thin person.

**bean sprout** *n.* A young, tender shoot of certain beans, such as the soybean, used in cooking.

**bean·stalk** (bēn'stôk') *n.* The stem of a bean plant.

**bean tree** *n.* Any of various trees, such as the catalpa, that bear beanlike fruit.

**bear¹** (bâr) *v.* **bore** (bôr, bōr), **borne** or **born** (bôrn, bōrn), **bear·ing, bears.** —*tr.* **1.** To hold up; support. **2.** To move while supporting; carry. **3.** To carry in the mind; harbor: *bore grudges.* **4.** To transmit; relate: *bearing glad tidings.* **5.** To have as a visible characteristic: *bore a scar on his arm.* **6.** To have as a quality; exhibit. **7.** To carry (oneself) in a specified way; conduct: *bore herself with grace.* **8.** To be accountable for; assume: *bearing heavy responsibilities.* **9.** To have a tolerance for; endure: *couldn't bear his lying.* **10.** To be susceptible to; admit of: *The case will bear investigation.* **11.** To give birth to. **12.** To produce; yield: *plants bearing flowers.* **13.** To offer; render: *bearing witness.* **14.** To move by steady pressure; push: *boats borne by the tides.* —*intr.* **1.** To yield a product; produce. **2.** To have relevance; apply: *how the relativity theory bears on the history of science.* **3.** To exert pressure. **4.** To exert oneself determinedly; forge. **5.** To proceed or extend in a specified direction: *bore right at the corner.* —*phrasal verbs.* **bear down. 1.** To overwhelm; vanquish: *bore down all opposition.* **2.** To apply maximum effort and concentration: *really bore down and finished the task.* **bear down on.** To affect in a harmful or adverse way: *Financial pressures are bearing down on him.* **bear out.** To prove right or justified; confirm: *results that bear out his claims.* **bear up.** To withstand stress, difficulty, or attrition: *bore up well during the long illness.* **bear with.** To be patient or tolerant with: *Please bear with me while I explain.* —*idiom.* **bear in mind.** To remember. [ME *beren* < OE *beran.*]

**Synonyms:** *bear, endure, stand, suffer, abide, tolerate.* These verbs are compared in the sense of withstanding, sustaining, or putting up with. *Bear* pertains broadly to capacity for such an act. *Endure* specifies a continuing capacity to face pain or harship. The remaining terms are more descriptive of the manner of withstanding or accepting. *Stand* implies resoluteness of spirit. *Suffer* and the less emphatic *abide* suggest resignation and forebearance. *Tolerate,* in its principal application (to something other than pain), connotes reluctant acceptance despite mental reservations.

**Usage:** In its literal sense the past participle *born* is used only of mammals and only in construction with *to be: The baby was born.* (It may also be used figuratively: *A star is born.*) *Borne,* said of the act of birth, refers only to the mother's role, but it can be used actively or passively: *She has borne three children. Three children were borne by her* (but *born to her*). In all other senses of *bear* the past participle is *borne: The soil has borne abundant crops. Such a burden cannot be borne by anyone.*

**bear²** (bâr) *n.* **1. a.** Any of various usually omnivorous mammals of the family Ursidae, having a shaggy coat and a short tail and walking with the entire lower surface of the foot touching the ground. **b.** Any of various animals, such as the


beagle


beaker


bear²

LAIBO-000409

**han·dle** (hăn'dl) v. **-dled, -dling, -dles.** —*tr.* **1.** To touch, lift, or hold with the hands. **2.** To operate with the hands; manipulate. **3.** To deal with or have responsibility for; conduct: *handle corporation law.* **4. a.** To direct, execute, or dispose of: *handle an investment.* **b.** To manage, administer to, or represent: *handle a boxer.* **5.** To confront or cope with: *handle a crowd; handle a problem.* **6.** To deal or trade in the purchase or sale of: *the branch office that handles grain exports.* —*intr.* To act or function under operation: *a car that handles well in the snow.* —*n.* **1.** A part that is designed to be held or operated with the hand. **2.** An opportunity or means for achieving a purpose. **3.** *Slang.* A person's name. **4.** The total amount of money bet on an event or over a set period of time. [ME *handelen* < OE *handlian*.]
**han·dle·bar** (hăn'dl-bär') *n.* Often **handlebars.** A curved metal steering bar, as on a bicycle.
**handlebar mustache** *n.* A long, curved mustache resembling a handlebar.
**han·dler** (hănd'lər) *n.* **1.** One that handles something. **2.** *Sports.* **a.** A person who trains or exhibits an animal, such as a dog. **b.** A person who acts as the trainer or second of a boxer.
**han·dling** (hănd'lĭng) *n.* **1.** The act or an instance of one that handles something. **2.** The way in which a matter, esp. a delicate one, is taken care of. **3.** The way in which a presentation, esp. an artistic or theatrical work, is treated.
**hand·made** (hănd'mād') *adj.* Made or prepared by hand rather than by machine.
**hand·maid** (hănd'mād') also **hand·maid·en** (-mād'n) *n.* **1.** A female servant or attendant. **2.** Something that serves as an aid.
**hand-me-down** (hănd'mē-doun') *adj.* **1.** Handed down to one person after being used and discarded by another. **2.** Of inferior quality; shabby. —*n.* Something passed on from one person to another.
**hand-off** (hănd'ôf', -ŏf') *n.* *Football.* A play in which one player hands the ball to another.
**hand organ** *n.* A barrel organ operated by turning a crank.
**hand·out** (hănd'out') *n.* **1.** Food, clothing, or money given to a beggar. **2.** A folder or leaflet circulated free of charge. **3.** A prepared news or publicity release.
**hand-pick** (hănd'pĭk') *tr.v.* **-picked, -pick·ing, -picks. 1.** To gather or pick by hand. **2.** To select personally. —**hand'-picked'** *adj.*
**hand·print** (hănd'prĭnt') *n.* An outline or an indentation left by a hand on a surface.
**hand puppet** *n.* A puppet (sense 2).
**hand·rail** (hănd'rāl') *n.* A narrow rail to be grasped with the hand for support.
**hand·saw** (hănd'sô') *n.* A small saw operated by hand.
**hand's-breadth** or **hand's breadth** (hăndz'brĕdth') *n.* Variant of **handbreadth.**
**hand·sel** (hăn'səl) also **han·sel** (hăn'-) *Chiefly Brit.* —*n.* **1.** A gift to express good wishes at the beginning of a new year or enterprise. **2.** The first money or barter taken in, as by a new business or on the opening day of business, esp. when considered a token of good luck. **3. a.** A first payment; earnest money. **b.** A specimen or foretaste of what is to come. —*tr.v.* **-seled, -sel·ing, -sels** or **-selled, -sel·ling, -sels. 1.** To give a handsel to. **2.** To launch with a ceremonial gesture or gift. **3.** To do or use for the first time. [ME *hansel(le* < OE *handselen* and ON *handsal*, transfer.]
**hand·set** (hănd'sĕt') *n.* A portable telephone transmitter and receiver module.
**hand·shake** (hănd'shāk') *n.* The grasping of right hands by two people as in greeting or leave-taking.
**hands-off** (hăndz'ôf', -ŏf') *adj.* Characterized by nonintervention: *a hands-off foreign policy.*
**hand·some** (hăn'səm) *adj.* **-som·er, -som·est. 1.** Pleasing and dignified in form or appearance. **2.** Generous or copious: *a handsome reward.* **3.** Marked by or requiring skill or dexterity: *did some handsome maneuvers on the skating rink.* **4.** Appropriate or fitting. **5.** Moderately large. [ME *handsom,* handy.] —**hand'some·ly** *adv.* —**hand'some·ness** *n.*
**hands-on** (hăndz'ŏn', -ôn') *adj.* Involving active participation; applied, as opposed to theoretical: *"We're involved in hands-on operations, pulling levers, pushing buttons"* (Arthur R. Taylor).
**hand·spike** (hănd'spīk') *n.* A bar used as a lever.
**hand·spring** (hănd'sprĭng') *n.* A gymnastic feat in which the body is flipped completely forward or backward from an upright position, landing first on the hands, then on the feet.
**hand·stand** (hănd'stănd') *n.* The act of balancing on the hands with one's feet in the air.
**hand-to-hand** (hănd'tə-hănd') *adj.* Being at close quarters.
**hand-to-mouth** (hănd'tə-mouth') *adj.* Having or providing only the bare essentials.
**hand·work** (hănd'wûrk') *n.* Work done by hand rather than by machine.
**hand·wo·ven** (hănd'wō'vən) *adj.* **1.** Woven on a hand-operated loom: *handwoven rugs.* **2.** Woven by hand: *handwoven baskets.*
**hand·writ·ing** (hănd'rī'tĭng) *n.* **1.** Writing done with the hand. **2.** The writing characteristic of a particular person.
**hand·y** (hăn'dē) *adj.* **-i·er, -i·est. 1.** Skillful in using one's hands, esp. in a variety of ways. **2.** Readily accessible. **3.** Useful; convenient: *a handy gadget.* **4.** Easy to use or handle: *a handy reference book.* [< HAND.] —**hand'i·ness** *n.*
**hand·y·man** also **handy man** (hăn'dē-măn') *n.* One who does odd jobs or various small tasks.
**hang** (hăng) *v.* **hung** (hŭng), **hang·ing, hangs.** —*tr.* **1.** To fasten from above with no support from below. **2.** To suspend or fasten so as to allow free movement about the point of suspension: *hang a door.* **3.** *past tense & past participle* **hanged** or **hung.** To execute by suspending by the neck. **4.** To fix or attach at an appropriate angle: *hang a scythe to its handle.* **5.** To alter the hem (of a garment) so as to fall evenly at a specified height. **6.** To furnish, decorate, or appoint by suspending objects around or about: *hang a room with curtains.* **7.** To hold or incline downward; let droop: *hang one's head in sorrow.* **8.** To attach to a wall: *hang wallpaper.* **9.** To cause to be in deadlock by failing to render a unanimous verdict (a jury). **10.** *Baseball.* To throw (a pitch) in such a manner as to fail to break. —*intr.* **1.** To be attached from above with no support from below. **2.** To die as a result of hanging. **3.** To remain suspended or poised over a place or object; hover. **4.** To incline oneself as an impediment or dependent; cling. **5.** To attach downward; droop. **6.** To depend: *everything hangs on the committee's decision.* **7.** To pay strict attention: *hang on every word.* **8.** To remain unresolved or uncertain: *Her future hung in the balance.* **9.** To fit the body in loose lines: *a dress that hangs well.* **10.** To be on display, as in a gallery. **11.** *Baseball.* To fail to break or move in the intended way, as a curve ball. —*phrasal verbs.* **hang around.** *Informal.* **1.** To spend time idly; loiter. **2.** To keep company; consort. **hang back.** To be averse; hold back. **hang off.** To hold back; be averse. **hang on. 1.** To cling tightly to something. **2.** To continue persistently; persevere. **3.** To keep a telephone connection open. **hang onto.** To hold or cling tightly to. **hang out.** *Slang.* To spend one's free time in a certain place. **hang together. 1.** To stand united; stick together. **2.** To constitute a coherent totality. **hang up. 1.** To suspend on a hook or hanger. **2.** To replace (a telephone receiver) on its cradle. **3.** To retard or impede; hinder: *hang up a project.* **4.** To halt the movement or action of. **5.** To end a telephone conversation. **6.** To become halted or snagged. —*n.* **1.** The way in which something hangs. **2.** A downward inclination or slope. **3.** Particular meaning or significance. **4.** *Informal.* The proper method for doing, using, or handling something: *get the hang of it.* **5.** A suspension of motion; slackening. —*idioms.* **give** (or **care**) **a hang.** To be concerned or anxious. **hang fire. 1.** To be slow in firing, as a gun. **2.** To delay. **hang in there.** *Informal.* To persevere despite difficulties; persist. **hang loose.** *Slang.* To stay calm or relaxed. **hang tough.** *Informal.* To remain firmly resolved: *"We are going to hang tough on this"* (Donald T. Regan). **let it all hang out.** *Slang.* **1.** To be completely relaxed. **2.** To be completely candid. [ME *hongen,* partly < OE *hangian,* to hang, and partly < OE *hōn,* to hang.]
*Usage: Hanged,* as the past tense and past participle of *hang,* is used in the sense of "put to death by hanging." In the following example *hung* would be unacceptable to a majority of the Usage Panel: *Frontier courts hanged many a prisoner after a summary trial.* In all other senses of the word, *hung* is the preferred form as past tense and past participle.
**han·gar** (hăng'ər, hăng'gär) *n.* A structure esp. for housing or repairing aircraft. [Fr. < OFr., prob. < Med. Lat. *angarium,* shed for shoeing horses.]
**hang·dog** (hăng'dôg', -dŏg') *adj.* **1.** Shamefaced or guilty. **2.** Downcast; intimidated. —*n.* A sneaky or despicable person.
**hang·er** (hăng'ər) *n.* **1.** One that hangs. **2.** A contrivance to which something hangs or by which something is hung. **3.** A device around which a garment is draped for hanging from a hook or rod. **4.** A loop or strap by which something is hung. **5.** A bracket on an automobile's spring shackle designed to hold it to the chassis. **6.** A decorative strip of cloth hung on a garment or wall.
**hang·er-on** (hăng'ər-ŏn', -ôn') *n., pl.* **hang·ers-on** (hăng'ərz-). A sycophant; parasite.
**hang glider** *n.* A device resembling a kite from which a harnessed rider hangs while gliding from a height.
**hang·ing** (hăng'ĭng) *n.* **1.** An execution on a gallows. **2.** Something hung, as draperies or a tapestry. **3.** A descending slope or inclination. —*adj.* **1.** Situated on a sharp declivity. **2.** Projecting downward; overhanging. **3.** Suited for holding something that hangs. **4. a.** Deserving death by hanging: *a hanging crime.* **b.** Disposed to inflict the sentence of death by hanging: *a hanging judge.*
**hanging indention** *n.* The indention of every line in a paragraph except the first.
**hang·man** (hăng'mən) *n.* One employed to execute condemned prisoners by hanging.
**hang·nail** (hăng'nāl') *n.* A small piece of dead skin at the side or the base of a fingernail that is partly detached from the rest of the skin. [Alteration of AGNAIL.]
**hang·out** (hăng'out') *n.* A frequently visited place.
**hang·o·ver** (hăng'ō'vər) *n.* **1.** Unpleasant physical effects following the heavy use of alcohol. **2.** A letdown, as after


handlebar mustache


hand organ


handstand


hang glider

ă pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier /
j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ŏŏ took / ōō boot /
LAIBO - 000410

as certain insects. [Gk. *brakhupteros* : *brakhus*, short + *pteron*, wing.] —**bra·chyp'ter·ism** (-tə-rĭz'əm) *n.*
**brach·y·u·ran** (brăk'ē-yŏŏr'ən) also **brach·y·u·ral** (-əl) or **brach·y·u·rous** (-əs) *adj.* Of or belonging to a group of crustaceans characterized by a short abdomen concealed under the cephalothorax and including the true crabs. —*n.* A member of the Brachyura. [< NLat. *Brachyura*, name suborder : Gk. *brakhus*, short + Gk. *oura*, tail.]
**brac·ing** (brā'sĭng) *adj.* Invigorating. —**brac'ing·ly** *adv.*
**brack·en** (brăk'ən) *n.* **1.** A fern, *Pteridium aquilinum*, having tough stems and branching, finely divided fronds. **2.** An area overgrown with bracken. **3.** A large, coarse fern. [ME *braken*, prob. of Scand. orig.]
**brack·et** (brăk'ĭt) *n.* **1.** A simple rigid structure in the shape of an L, one arm of which is fixed to a vertical surface, the other projecting horizontally to support a shelf or other weight. **2.** A wall-anchored fixture adapted to support a load. **3.** A small shelf or shelves supported by brackets. **4. a.** Either of a pair of symbols, [ ], used to enclose written or printed material or to indicate a mathematical expression considered in some sense a single quantity. **b.** Either of a pair of symbols, < >, similarly used and in mathematics used esp. together to indicate the average of a contained quantity. **c.** *Math.* A brace (sense 12). **5.** A classification or grouping, esp. of taxpayers according to income. **6.** The space between two rounds of artillery, the first aimed beyond a target and the second aimed short of it, used to determine range. —*tr.v.* **-et·ed, -et·ing, -ets.** **1.** To support with a bracket or brackets. **2.** To place within or as if within brackets. **3.** To classify or group together. **4.** To fire beyond and short of (a target) in order to determine range. [OFr. *braguette*, codpiece, dim. of *brague*, breeches < OProv. *braga* < Lat. *bracae*.]
**bracket fungus** *n.* Any of various fungi that form shelflike growths on tree trunks and wood structures.
**brack·ish** (brăk'ĭsh) *adj.* **1.** Containing some salt; briny: *brackish water.* **2.** Distasteful; unpalatable. [Du. *brak.*] —**brack'ish·ness** *n.*
**bract** (brăkt) *n.* A leaflike plant part, usually small but sometimes showy and sometimes brightly colored, located either below a flower or on the stalk of a flower cluster. [NLat. *bractea* < Lat. gold leaf.] —**brac'te·al** (brăk'tē-əl) *adj.*
**brac·te·ate** (brăk'tē-ĭt, -āt') *adj.* Bearing bracts. [NLat. *bracteatus* < *bractea*, gold leaf.]
**brac·te·o·late** (brăk'tē-ə-lĭt, -lāt') *adj.* Bearing bracteoles.
**brac·te·ole** (brăk'tē-ōl') *n.* A small or secondary bract. [NLat. *bracteola* < Lat., dim. of *bractea*, gold leaf.]
**brad** (brăd) *n.* A tapered nail with a small head or a slight side projection instead of a head. [ME < ON *broddr*, spike.]
**brad·awl** (brăd'ôl') *n.* A small awl with a chisel edge, used to make holes in wood for brads or screws.
**brady-** *pref.* Slow: *bradycardia.* [NLat. < Gk. *bradus*, slow.]
**brad·y·car·di·a** (brăd'ĭ-kär'dē-ə) *n.* Abnormally slow heartbeat, as less than 60 beats per minute. [BRADY- + Gk. *kardia*, heart.] —**brad'y·car'dic** (-dĭk) *adj.*
**brad·y·lex·i·a** (brăd'ĭ-lĕk'sē-ə) *n.* A slowness of reading not attributable to lack of intelligence. [BRADY- + Gk. *lexis*, speech < *legein*, to speak.]
**brad·y·lo·gia** (brăd'ə-lō'jə, -jē-ə) *n.* Abnormally slow speech. [NLat. : BRADY- + Gk. -*logia*, -logy.]
**brae** (brā) *n.* *Scot.* A hillside; slope. [ME *bra* < ON *brā*, eyelid.]
**brag** (brăg) *v.* **bragged, brag·ging, brags.** —*intr.* To talk boastfully. —*tr.* To assert boastfully. —*n.* **1.** Arrogant or boastful speech or manner. **2.** Something boasted of. **3.** A braggart; boaster. **4.** A card game similar to poker. —*adj.* **brag·ger, brag·gest.** Exceptionally fine. [ME *braggen* < *brag*, ostentatious.] —**brag'ger** *n.*
**brag·ga·do·ci·o** (brăg'ə-dō'sē-ō', -shē-ō', -shō) *n., pl.* **-os.** **1.** A braggart. **2. a.** Empty or pretentious bragging. **b.** Swaggering manner; cockiness. [Alteration of *Braggadocchio*, the personification of vainglory in *The Fairie Queene* by Sir Edmund Spenser (1552-1599).]
**Bragg angle** (brăg) *n.* The angle between an incident x-ray beam and a set of crystal planes for which the secondary radiation displays maximum intensity as a result of constructive interference. [After William Henry *Bragg* (1862-1942) and William Lawrence *Bragg* (1890-1971).]
**brag·gart** (brăg'ərt) *n.* One given to loud, empty boasting; bragger. —*adj.* Boastful. [Fr. *bragard* < *braguer*, to brag, perh. < ME *braggen.*]
**Bragg's law** (brăgz) *n.* The fundamental law of x-ray crystallography, $n\lambda = 2d\sin\Theta$, where $n$ is an integer, $\lambda$ is the wavelength of a beam of x rays incident on a crystal with lattice planes separated by distance $d$, and $\Theta$ is the Bragg angle. [After William Henry *Bragg* (1862-1942) and William Lawrence *Bragg* (1890-1971).]
**Brah·ma¹** (brä'mə) *n.* *Hinduism.* **1.** The personification of divine reality in its creative aspect as a member of the Hindu triad. **2.** Variant of **Brahman** (senses 1, 3). [Skt. *brahman.*]
**Brah·ma²** also **brah·ma** (brä'mə, brā'-) *n.* A large domestic fowl of a breed originating in Asia and having feathered legs. [After the *Brahmaputra* River in southern Asia.]
**Brah·man** (brä'mən) *n.* **1.** Also **Brah·ma** (-mə). *Hinduism.* The essential divine reality of the universe; the eternal spirit from which all being originates and to which all returns. **2.** Also **Brah·min** (-mĭn). *Hinduism.* A member of the highest caste, originally composed of priests but now occupationally diversified. **3.** Also **Brah·ma** (-mə) or **Brah·min** (-mĭn). One of a breed of domestic cattle developed in the southern United States from stock originating in India and having a hump between the shoulders and a pendulous dewlap. [Skt.] —**Brah·man'ic** (-măn'ĭk), **Brah·man'i·cal** *adj.*
**Brah·man·ism** (brä'mə-nĭz'əm) also **Brah·min·ism** (brä'mĭ-) *n.* **1.** The religious practices and beliefs of ancient India as reflected in the Vedas, the earliest religious texts. **2.** The social caste system of the Brahmans of India. —**Brah'man·ist** *n.*
**Brah·min** (brä'mĭn) *n.* **1.** A highly cultured and socially exclusive person, esp. a member of one of the New England families. **2.** Variant of **Brahman** (senses 2, 3). —**Brah·min'ic** (-mĭn'ĭk), **Brah·min'i·cal** *adj.*
**Brah·min·ism** (brä'mĭ-nĭz'əm) *n.* **1.** The attitude or conduct typical of a social or cultural elite. **2.** Variant of **Brahmanism.**
**braid** (brād) *tr.v.* **braid·ed, braid·ing, braids.** **1.** To interweave three or more strands of; plait. **2.** To decorate or edge with an ornamental trim. **3.** To produce by interweaving: *braid a rug.* **4.** To fasten or decorate (hair) with a band or ribbon. —*n.* **1.** A narrow length of fabric, hair, or other material that has been braided or plaited. **2.** A thin, flat woven strip of cloth used for binding or decorating fabrics. **3.** A ribbon or band used to fasten the hair. [ME *braiden* < OE *bregdan*, to weave.] —**braid'er** *n.*
**braid·ed** (brā'dĭd) *adj.* Flowing in an interconnected network of channels: *a braided stream.*
**braid·ing** (brā'dĭng) *n.* Braided embroidery.
**brail** (brāl) *n.* A line used to furl loose-footed sails. —*tr.v.* **brailed, brail·ing, brails.** To gather in (a sail) with brails. [ME *brayle* < OFr. *brail*, belt < Med. Lat. *bracale* < Lat. *bracae*, breeches.]
**Braille** also **braille** (brāl) *n.* A system of writing and printing for the blind, in which varied arrangements of raised dots representing letters and numerals can be identified by touch. [After Louis *Braille* (1809-1852).]
**brain** (brān) *n.* **1. a.** The portion of the central nervous system that in the vertebrate cranium is responsible for the interpretation of sensory impulses, the coordination and control of bodily activities, and the exercise of emotion and thought. **b.** A functionally similar portion of the invertebrate nervous system. **2. brains.** Intellectual capacity. **3.** *Informal.* A highly intelligent person. **4.** Often **brains.** The supreme planner, as of a movement. **5.** An automatic device, as a computer, that is central to a computation or control process. —*tr.v.* **brained, brain·ing, brains.** **1.** To smash in the skull of. **2.** *Slang.* To hit on the head. —*idioms.* **on the brain.** Obsessively in mind. **rack (or beat) (one's) brains.** To think as hard as one can. [ME < OE *brægen.*]
**brain case** *n.* The brainpan.
**brain child** *n.* *Informal.* An original idea or plan attributed to a specific person or group.
**brain coral** *n.* Any of several corals of the genus *Meandrina*, forming rounded colonies that resemble the human brain.
**brain death** *n.* Death as evidenced by absence of central-nervous-system activity. —**brain'-dead'** (brān'dĕd') *adj.*
**brain drain** *n.* The emigration of professionals, as scientists or scholars, to countries that offer higher-paid positions and better living conditions.
**brain-drain** (brān'drān') *v.* **-drained, -drain·ing, -drains.** —*intr.* To emigrate to another country usually for a more highly paid position or better living conditions. —*tr.* To persuade (a scientist, for example) to brain-drain.
**brain fever** *n.* Encephalitis.
**brain·less** (brān'lĭs) *adj.* Devoid of intelligence; stupid. —**brain'less·ly** *adv.* —**brain'less·ness** *n.*
**brain·pan** (brān'păn') *n.* The part of the skull that contains the brain; cranium.
**brain-pick·ing** (brān'pĭk'ĭng) *n.* The act of probing another's mind for information. —**brain'-pick'er** *n.*
**brain·pow·er** (brān'pou'ər) *n.* **1.** Intellectual power or ability. **2.** People with well-developed mental ability.
**brain scanner** *n.* A CAT scanner used to x-ray the brain. —**brain scan** *n.*
**brain·sick** (brān'sĭk') *adj.* Of, pertaining to, or induced by insanity; mad. —**brain'sick'ly** *adv.* —**brain'sick'ness** *n.*
**brain·stem** (brān'stĕm') *n.* The part of the brain consisting of the medulla oblongata, pons, and mesencephalon and connecting the spinal cord to the forebrain and cerebrum.
**brain·storm** (brān'stôrm') *n.* **1.** A sudden and violent disturbance in the brain. **2. a.** A sudden clever idea. **b.** A foolish idea.
**brain·storm·ing** (brān'stôr'mĭng) *n.* A method of shared problem-solving in which all members of a group spontaneously contribute ideas. —**brain'storm'** *v.* **(-stormed, -storm·ing, -storms).** —**brain'storm'er** *n.*
**brains trust** *n.* *Chiefly Brit.* A brain trust.
**brain trust** *n.* A group of experts who serve as unofficial advisers and policy planners, esp. in a government. —**brain truster** *n.*
**brain·wash** (brān'wŏsh', -wôsh') *tr.v.* **-washed, -wash·ing,**



**bracket fungus**



cerebellum
pineal body
cerebral cortex
thalamus
pituitary
pons
medulla
spinal cord

**brain**

LATBO-000412

**en·fold** (ĕn-fōld') *tr.v.* **-fold·ed, -fold·ing, -folds.** 1. To cover with or as if with folds; envelop. 2. To hold within limits; enclose. 3. To embrace. **—en·fold'er** *n.*

**en·force** (ĕn-fôrs', -fōrs') *tr.v.* **-forced, -forc·ing, -forc·es.** 1. To compel observance of or obedience to: *enforce a regulation.* 2. To compel. 3. To give force to; reinforce. [ME *enforcen* < OFr. *enforcier,* to make strong < VLat. **infortiare* : *in-,* in + *fortis,* strong.] **—en·force'a·ble** *adj.* **—en·force'ment** *n.* **—en·forc'er** *n.*

**en·fran·chise** (ĕn-frăn'chīz') *tr.v.* **-chised, -chis·ing, -chis·es.** 1. To bestow a franchise upon. 2. To endow with the rights of citizenship, esp. the right to vote. 3. To free, as from bondage. [ME *enfraunchisen* < OFr. *enfranchir, enfranchiss-* : *en-* (causative < Lat. *in-,* in) + *franc,* free. —see FRANK¹]

**en·gage** (ĕn-gāj') *v.* **-gaged, -gag·ing, -gag·es.** *—tr.* 1. To obtain or contract for the services of; employ: *engage a carpenter.* 2. To contract for the use of; reserve: *engage a room.* 3. To obtain and hold the attention of; engross: *engaged her interest for months.* 4. To require the use of; occupy: *Studying engages most of a student's time.* 5. To pledge or promise, esp. to marry. 6. To enter or bring into conflict with: *We have engaged the enemy.* 7. To interlock or cause to interlock; mesh. 8. To attract; win. 9. To entangle; involve: *engage someone in idle chatter.* 10. *Archaic.* To give or take as security. *—intr.* 1. To involve oneself or become occupied; participate: *engage in conversation.* 2. To assume an obligation; agree. 3. To enter into conflict or battle. 4. To become meshed or interlocked. [ME *engagen,* to pledge something as security for repayment of debt < OFr. *engager* : *en-,* in (< Lat. *in-*) + *gage,* pledge, of Germanic orig.] **—en·gag'er** *n.*

**en·ga·gé** (ĕn'gä-zhā') *adj.* Actively committed, as to a political cause. [Fr., p.part. of *engager,* to engage < OFr.]

**en·gaged** (ĕn-gājd') *adj.* 1. Employed, occupied, or busy. 2. Committed to. 3. Pledged to marry: *an engaged couple.* 4. Involved in conflict or battle. 5. Being in gear; meshed. 6. Partly sunk, built into, or attached to another part, as columns on a wall.

**en·gage·ment** (ĕn-gāj'mənt) *n.* 1. An act of engaging or the state of being engaged. 2. Betrothal. 3. One that engages. 4. A promise or commitment to appear at a certain time; appointment. 5. **a.** Employment, esp. for a specified time. **b.** The period of employment. 6. A battle or encounter. 7. The condition of being in gear.

**en·gag·ing** (ĕn-gā'jĭng) *adj.* Tending to attract; charming. **—en·gag'ing·ly** *adv.*

**en garde** (äɴ gärd') *interj.* Used to warn a fencer to assume the first position preparatory to a match. [Fr. : *en,* on + *garde,* guard.]

**en·gar·land** (ĕn-gär'lənd) *tr.v.* **-land·ed, -land·ing, -lands.** To encircle or deck with or as if with a garland.

**en·gen·der** (ĕn-jĕn'dər) *v.* **-dered, -der·ing, -ders.** *—tr.* 1. To bring into existence; give rise to. 2. To procreate; propagate. *—intr.* To come into existence. [ME *engendren* < OFr. *engendrer* < Lat. *ingenerare* : *in-,* in + *generare,* to produce < *genus,* birth.]

**en·gine** (ĕn'jĭn) *n.* 1. **a.** A machine that converts energy into mechanical motion. **b.** A mechanical appliance, instrument, or tool: *engines of war.* 2. A locomotive. 3. *Archaic.* An agent, instrument, or means of accomplishment. [ME *engin* < OFr., skill < Lat. *ingenium.*]

**engine block** *n.* The cast metal block containing the cylinders of an internal-combustion engine.

**en·gi·neer** (ĕn'jə-nîr') *n.* 1. A person trained or professionally engaged in a branch of engineering. 2. A person who skillfully or shrewdly manages an enterprise. 3. A person who operates an engine. *—tr.v.* **-neered, -neer·ing, -neers.** 1. To plan, construct, and manage as an engineer. 2. To plan, manage, and put through by skillful acts or contrivance; maneuver. [ME *engineer* < OFr. *engigneor* < Med. Lat. *ingeniator,* contriver < *ingeniare,* to contrive < *ingenium,* skill.]

**en·gi·neer·ing** (ĕn'jə-nîr'ĭng) *n.* 1. The application of scientific and mathematical principles to practical ends such as the design, construction, and operation of efficient and economical structures, equipment, and systems. 2. The profession of the work performed by an engineer.

**en·gin·er·y** (ĕn'jĭn-rē) *n.* 1. Machines and tools; machinery. 2. Engines or instruments of war.

**en·gird** (ĕn-gûrd') *tr.v.* **-girt** (-gûrt') or **-gird·ed, -gird·ing, -girds.** To encircle.

**en·gir·dle** (ĕn-gûr'dl) *tr.v.* **-dled, -dling, -dles.** To encircle or surround with or as if with a girdle.

**en·gla·cial** (ĕn-glā'shəl) *adj.* Located or occurring within a glacier.

**Eng·lish** (ĭng'glĭsh) *adj.* 1. Of, pertaining to, derived from, or characteristic of England, its people, or its culture. *—n.* 1. The people of England. 2. **a.** The West Germanic language of England, the United States, and other countries that are or have been under English influence or control. **b.** The English language of a particular time, region, person, or group of persons: *American English.* 3. A translation into or an equivalent in the English language. 4. A course or individual class in the study of English literature, language, or composition. 5. *Printing.* A size of type, 14-point. 6. Often english. The spin given to a ball by striking it on one side or releasing it with a sharp twist. *—tr.v.* **-lished, -lish·ing, -lish·es.** 1. To translate into English. 2. To adapt into English; Anglicize. [ME *Englisch* < OE *Englisc* < *Engle,* the Angles.]

**English daisy** *n.* The daisy (sense 2).

**English finish** *n.* A smooth, nonglossy finish for paper.

**English horn** *n.* A double-reed woodwind musical instrument similar to but larger than the oboe and pitched lower by a fifth.

**Eng·lish·man** (ĭng'glĭsh-mən) *n.* A man who is English by birth, descent, or naturalization.

**English muffin** *n.* A flat round of yeast dough that has been baked on a griddle and is usually split and toasted before eating.

**English plantain** *n.* Ribgrass.

**English setter** *n.* A dog of a breed developed in England, having a silky white coat usually with black or brownish markings.

**English sheepdog** *n.* The Old English sheepdog.

**English sonnet** *n.* A Shakespearean sonnet.

**English sparrow** *n.* The house sparrow.

**English walnut** *n.* 1. A Eurasian tree, *Juglans regia,* cultivated in southern Europe and California. 2. The large edible nut of the English walnut tree.

**Eng·lish·wom·an** (ĭng'glĭsh-wŏŏm'ən) *n.* A woman who is English by birth, descent, or naturalization.

**en·glut** (ĕn-glŭt') *tr.v.* **-glut·ted, -glut·ting, -gluts.** To gulp down; swallow greedily. [OFr. *englotir* < LLat. *inglutire* : Lat. *in-,* in + Lat. *gluttire,* to swallow.]

**en·gorge** (ĕn-gôrj') *v.* **-gorged, -gorg·ing, -gorg·es.** *—tr.* 1. To devour greedily. 2. To gorge; glut. 3. To fill to excess, as with blood or other fluid. *—intr.* To feed ravenously. [OFr. *engorgier* : *en-,* in (< Lat. *in-*) + *gorge,* throat < Lat. *gurges,* gulf.] **—en·gorge'ment** *n.*

**en·graft** (ĕn-grăft') *tr.v.* **-graft·ed, -graft·ing, -grafts.** 1. To graft (a scion) onto or into another plant. 2. To plant firmly; establish. **—en·graft'ment** *n.*

**en·grailed** (ĕn-grāld') *adj.* 1. Indented along the edge with small curves. 2. Having an edge or margin formed by a ring of dots. [ME *engrelen* < OFr. *engresler* : *en-,* in (< Lat. *in-*) + *gresle,* slender < Lat. *gracilis.*]

**en·grain** (ĕn-grān') *tr.v.* **-grained, -grain·ing, -grains.** To ingrain. [ME *engreinen,* to dye red < OFr. *engrainer,* to dye < *en graine,* in cochineal dye.]

**en·gram** also **en·gramme** (ĕn'grăm') *n.* A hypothetical alteration of living neural tissue, posited as an explanation for memory.

**en·grave** (ĕn-grāv') *tr.v.* **-graved, -grav·ing, -graves.** 1. To carve, cut, or etch into a material. 2. **a.** To carve, cut, or etch into a block or surface used for printing. **b.** To print from a block or plate made by such a process. 3. To impress deeply. **—en·grav'er** *n.*

**en·grav·ing** (ĕn-grā'vĭng) *n.* 1. The art or technique of one that engraves. 2. An engraved surface for printing. 3. A print made from an engraved plate or block.

**en·gross** (ĕn-grōs') *tr.v.* **-grossed, -gross·ing, -gross·es.** 1. To occupy the complete attention of; absorb. 2. To acquire most or all of a commodity; monopolize a market. 3. **a.** To write or transcribe in a large, clear hand. **b.** To prepare the text of (an official document) by writing or printing. [Partly < ME *engrossen,* to collect in large quantity < OFr. *engrossier* < *en gros,* in large quantity, and partly < ME *engrossen,* to write in a large hand < AN *engrosser,* prob. < Med. Lat. *ingrossare* : Lat. *in-,* in + *grossa,* a copy in a large hand < Lat. *grossus,* thick.] **—en·gross'er** *n.*

**en·gross·ing** (ĕn-grō'sĭng) *adj.* Occupying one's complete attention; wholly absorbing. **—en·gross'ing·ly** *adv.*

**en·gross·ment** (ĕn-grōs'mənt) *n.* 1. The act of engrossing. 2. The state of being completely absorbed, occupied, or monopolized.

**en·gulf** (ĕn-gŭlf') *tr.v.* **-gulfed, -gulf·ing, -gulfs.** 1. To surround and enclose completely. 2. To swallow up or overwhelm by or as if by overflowing and enclosing. **—en·gulf'ment** *n.*

**en·hance** (ĕn-hăns') *tr.v.* **-hanced, -hanc·ing, -hanc·es.** To increase or make greater, as in value, beauty, or reputation; augment. [ME *enhauncen* < AN *enhauncer* < OFr. *enhaucier* < VLat. **inaltiare* : Lat. *in-* (intensive) + *altus,* high.] **—en·hance'ment** *n.* **—en·hanc'er** *n.* **—en·hanc'ive** *adj.*

**en·har·mon·ic** (ĕn'här-mŏn'ĭk) *adj. Mus.* Of, relating to, or involving the use of two different written representations, such as C# to Db, for the same tone. [Fr. *enharmonique* < OFr., of a scale employing quarter tones < Gk. *enarmonios* : *en-,* in + *harmonia,* harmony.] **—en'har·mon'i·cal·ly** *adv.*

**e·nig·ma** (ĭ-nĭg'mə) *n.* 1. An obscure speech or writing. 2. One that is puzzling, ambiguous, or inexplicable. [Lat. *aenigma* < Gk. *ainigma* < *ainissesthai,* to speak in riddles < *ainos,* fable.]

**en·ig·mat·ic** (ĕn'ĭg-măt'ĭk) or **en·ig·mat·i·cal** (-ĭ-kəl) *adj.* Of or resembling an enigma; puzzling. **—en'ig·mat'i·cal·ly** *adv.*

**en·isle** (ĕn-īl') *tr.v.* **-isled, -isl·ing, -isles.** 1. To make into an island. 2. To set apart from others; isolate.

**en·jamb·ment** or **en·jambe·ment** (ĕn-jăm'mənt, -jămb'mənt) *n.* The continuation of a sentence from one line or

English horn

LAIBO - 000413

**e** or **E** (ē) *n.*, *pl.* **e's** or **E's. 1.** The fifth letter of the modern English alphabet. **2.** Any of the speech sounds represented by the letter *e*. **3.** Something like an E in shape. **4. e** *Math.* The base of the natural system of logarithms, having a numerical value of approximately 2.718... . **5.** The fifth in a series. **6. E** *Mus.* The third tone in the scale of C major. **7.** A grade that indicates a student has failed to meet the standard for acceptable performance.

**each** (ēch) *adj.* Being one of two or more considered individually; every. —*pron.* Every one of a group considered individually; each one. —*adv.* For or to each one; apiece: *ten cents each.* [ME *ech* < OE *ælc*.]
   **Usage:** When the subject of a sentence begins with *each*, it is traditionally held to be grammatically singular, and the verb and following pronouns must be singular as well: *Each of the pitchers has* (not *have*) *his* (not *their*) *good curve ball.* When *each* follows a plural subject, however, the verb and following pronouns generally remain in the plural: *The boys each have their jobs to do.* The expression *each and every* is likewise followed by a singular verb and singular pronouns in formal style: *Each and every driver knows what his or her job is supposed to be.* —See also Usage note at **everyone**.

**each other** *pron.* Each the other. Used to indicate a reciprocal relationship or action.
   **Usage:** According to some traditional grammarians, *each other* is used of two, *one another* of more than two. This distinction has been ignored by many of the best writers, however, and a majority of the Usage Panel finds these examples acceptable: *The four partners regarded each other with suspicion. A husband and wife should confide in one another.* When speaking of an ordered series of events or stages, only *one another* can be used: *The Caesars exceeded one another* (not *each other*) *in cruelty* means that each Caesar was crueler than the last. • *Each other* cannot be used as the subject of a clause in formal writing. Instead of *we know what each other are thinking*, one should write *each of us knows what the other is thinking.* Instead of *the men know that each other are coming*, write *each of the men knows that the other is coming.* Instead of *we are all each other has*, write *each of us is all the other has.* • The possessive forms of *each other* and *one another* are written *each other's* and *one another's: The boys wore each other's* (not *each others'*) *coats. They had forgotten one another's* (not *one anothers'*) *names.*

**ea·ger¹** (ē'gər) *adj.* **-er, -est. 1.** Intensely desirous of something; impatiently expectant: *an eager search for a familiar face in the crowd.* **2.** *Obs.* Tart; sharp; cutting. —See Usage note at **anxious**. [ME *eger* < OFr. *aigre* < Lat. *acer*.] —**ea'ger·ly** *adv.* —**ea'ger·ness** *n.*
   **Synonyms:** eager, avid, keen, anxious, earnest, fervid, zealous. These adjectives describe a condition of mind marked by great interest, desire, or concern, or a manifestation of such a condition. *Eager* primarily suggests strong interest or desire. *Avid*, an intensification of *eager*, implies enthusiasm and unbounded craving. *Keen* suggests acuteness or intensity of interest or emotional drive. *Anxious* applies to interest or desire tinged by concern or fear. *Earnest* stresses seriousness of purpose and sincerity of motivation. *Fervid* emphasizes intensity of interest or desire, expressed in behavior that may be compulsive or overwrought. *Zealous* makes an even stronger implication of unbridled enthusiasm or concern, sometimes verging on fanaticism and unrestrained behavior.

**ea·ger²** (ē'gər, ā'-) *n.* Variant of **eagre**.

**eager beaver** *n. Informal.* An excessively industrious or zealous person.

**ea·gle** (ē'gəl) *n.* **1.** Any of various large birds of prey of the family Accipitridae, including members of the genera *Aquila* and *Haliaeetus*, or characterized by a powerful hooked bill, long broad wings, and strong, soaring flight. **2.** A representation of an eagle used as an emblem or insignia. **3.** A former gold coin of the United States having a face value of ten dollars. **4.** A golf score of two below par on a hole. [ME *egle* < OFr. < Lat. *aquila*.]

**ea·gle-eyed** (ē'gəl-īd') *adj.* Having keen eyesight.

**eagle owl** *n.* A large Eurasian owl, *Bubo bubo*, having brownish plumage and prominent ear tufts.

**Eagle Scout** *n.* One who has achieved the highest rank in the Boy Scouts.

**ea·glet** (ē'glĭt) *n.* A young eagle.

**ea·gre** also **ea·ger** (ē'gər, ā'-) *n.* Bore³. [Orig. unknown.]

**eal·dor·man** (ōl'dər-mən) *n.* The chief magistrate of a district in Anglo-Saxon England. [OE. —see **ALDERMAN**.]

**–ean** *suff.* Variant of **-ian**.

**ear¹** (îr) *n.* **1.** *Anat.* **a.** The vertebrate organ of hearing, responsible, in general, for maintaining equilibrium as well as sensing sound, and divided in man into the external ear, the middle ear, and the internal ear. **b.** The part of this organ that is externally visible. **2.** An organ analogous to the mammalian ear in invertebrates. **3.** The sense of hearing. **4.** Keenness of hearing. **5.** Sympathetic or favorable attention. **6.** Something resembling the external ear in position or shape, esp.: **a.** One of the tufts of feathers on the head of certain birds. **b.** A projecting handle, as on a vase or pitcher. **7.** A small box that appears in the upper corner of the page in a periodical, such as a newspaper and often contains an advertisement or weather information. —*idioms.* **all ears.** Acutely attentive: *If you want to tell your story, we're all ears.* **give** (or **lend**) **an ear.** To pay close attention to. **have** (or **keep**) **an ear to the ground.** To give attention to or watch for trends or coming events. **In one ear and out the other.** Heard but without influence or effect. **by ear.** Without reference to a score. **play It by ear.** To improvise. **up to one's** (or **the**) **ears.** Deeply involved: *up to one's ears in debt.* [ME *ere* < OE *ēare*.] —**ear'less** *adj.*

**ear²** (îr) *n.* The seed-bearing spike of a cereal plant, such as corn. —*intr.v.* **eared, ear·ing, ears.** To form or grow ears. [ME *ere* < OE *ǣr*.]

**ear·ache** (îr'āk') *n.* An ache in the ear.

**ear·drop** (îr'drŏp') *n.* An earring, esp. one with a pendent ornament.

**ear·drum** (îr'drŭm') *n. Anat.* The tympanic membrane.

**eared** (îrd) *adj.* **1.** Having ears or earlike projections. **2.** Having a specified kind or number of ears: *a lop-eared puppy.*

**eared seal** *n.* Any of various seals of the family Otariidae, which includes the sea lions and fur seals, characterized by external ears, oarlike front flippers, and hind flippers that can be turned forward for walking on land.

**ear·flap** (îr'flăp') *n.* A flap that is attached to a cap and may be turned down to cover the ears.

**ear·ful** (îr'fŏol') *n.* **1.** A flow of information or gossip. **2.** A scolding or reprimand.

**ear·ing** (îr'ĭng) *n.* A short line attaching an upper corner of a sail to the yard. [Perh. < EAR¹.]

**earl** (ûrl) *n.* A British peer next in rank above a viscount and below a marquis. [ME *erl*, nobleman of high rank < OE *eorl*.]

**ear·lap** (îr'lăp') *n.* An earflap.

**earl·dom** (ûrl'dəm) *n.* **1.** The rank or title of an earl. **2.** The territory of an earl. [ME *erldom* < OE *eorldōm*.]

**earless seal** *n.* Any of various seals of the family Phocidae, which includes the hair seals, characterized by the lack of external ears, short fore flippers, and reduced hind flippers specialized for swimming.

**ear lobe** *n.* The soft, fleshy tissue at the lowest portion of the external ear.

**ear·ly** (ûr'lē) *adj.* **-li·er, -li·est. 1.** Near the beginning of a given series, period of time, or course of events. **2.** Belonging to a distant or remote period of time; primitive. **3.** Occurring, developing, or appearing before the expected or usual time. **4.** Occurring in the near future. —*adv.* **1.** Near the beginning of a given series, period of time, or course of events. **2.** Far back in time. **3.** Before the expected or usual time. [ME *erli* < *ēr*, before, soon < OE *ǣr* and ON *ār*.] —**ear'li·ness** *n.*

**early bird** *n.* **1.** A person who arises early. **2.** One who arrives early or before others.

**early on** *adv.* At or during an early stage: *The new program developed problems early on.*

**ear·mark** (îr'märk') *n.* **1.** An identifying mark on the ear of a domestic animal. **2.** An identifying feature or characteristic. —*tr.v.* **-marked, -mark·ing, -marks. 1.** To mark the ear of (a domestic animal) for identification. **2.** To place an identifying or distinctive mark on. **3.** To reserve or set aside for a particular purpose: *We earmarked the merchandise for special customers.*

**ear·muff** (îr'mŭf') *n.* Either of a pair of ear coverings often attached to an adjustable headband and worn to protect esp. against the cold.

**earn¹** (ûrn) *tr.v.* **earned, earn·ing, earns. 1.** To gain esp. for the performance of service, labor, or work. **2. a.** To acquire as a result of effort or action: *earned the disapproval of his peers.* **b.** To make worthy of. **3.** To produce as return or profit. [ME *ernen* < OE *earnian*.] —**earn'er** *n.*

**earn²** (ûrn) *intr.v.* **earned, earn·ing, earns.** *Obs.* To yearn. [Var. of YEARN.]

**ear·nest¹** (ûr'nĭst) *adj.* **1.** Marked by or showing deep sincerity or seriousness: *an earnest gesture of good will.* **2.** Of an important or weighty nature; grave. —*idiom.* **In earnest.** With a purposeful or serious intent. [ME *ernest* < OE *eornoste*.] —**ear'nest·ly** *adv.* —**ear'nest·ness** *n.*

**ear·nest²** (ûr'nĭst) *n.* **1.** Money paid in advance as part payment to bind a contract or bargain. **2.** A token of something to come; promise or assurance. [ME *ernest* < OFr. *erres*, pl. of *erre*, pledge < Lat. *arra*, short for *arrabo* < Gk. *arrabōn* < Heb. *'ērābhōn* < *'ārabh*, he pledged.]

**earn·ings** (ûr'nĭngz) *pl.n.* Something earned, esp.: **a.** The salary or wages of a person. **b.** The profits of a business enterprise. **c.** Gains from investment.

**ear·phone** (îr'fōn') *n.* A device that converts electric signals, as from a telephone or radio receiver, to audible sound and that fits over or in the ear.

**ear·ring** (îr'rĭng, îr'ĭng) *n.* An ornament worn on or pendent from the ear lobe.

**ear rot** *n.* Any of various fungus diseases of corn characterized by decay and molding of the ears.

**ear shell** *n.* The shell of the abalone.

**ear·shot** (îr'shŏt') *n.* The range within which sound can be heard; hearing distance.

**ear·split·ting** (îr'splĭt'ĭng) *adj.* Loud and shrill enough to hurt the ears.

**earth** (ûrth) *n.* **1. a.** The land surface of the world, as distin-




eagle
Golden eagle


outer ear / middle ear / inner ear


tympanic membrane / malleus / incus / stapes / cochlea / semicircular canals
ear¹
The human ear


earphone

LAIBO - 000413

Case 5:22-cv-00001-ADA   Document 26-3   Filed 09/27/22   Page 9 of 10
LAIBO 000414

**general** dark-colored herbivorous beetles of the family Tenebrionidae. [< NLat. Tenebrionidae < family name Tenebrio, type genus < Lat. tenebrio, one who avoids light < tenebrae, darkness.] —te·ne·bri·o·nid' adj.

**ten·e·brous** (tĕn'ə-brəs) also **te·ne·bri·ous** (tə-nĕb'rē-əs) adj. Dark and gloomy. [< Lat. tenebrae, darkness.] —ten'e·brous·ly adv.

**ten·e·ment** (tĕn'ə-mənt) n. **1.** A building to live in, esp. one intended for rent; residence. **2.** A run-down low-rental apartment building whose facilities and maintenance barely meet minimum standards. **3.** Chiefly Brit. An apartment or room leased to a tenant. **4.** Law. Property of a permanent nature, as land, rents, or franchises, that may be held by one person for another. [ME, house < OFr. < Med. Lat. tenementum < Lat. tenēre, to hold.] —ten'e·men'tal (-mĕn'tl), ten'e·men'ta·ry (-mĕn'tə-rē) adj.

**te·nes·mus** (tə-nĕz'məs) n. A painfully urgent but ineffectual attempt to urinate or defecate. [Med. Lat., var. of Lat. tenesmos < Gk. teinesmos < teinein, to strain.]

**ten·et** (tĕn'ĭt) n. An opinion, doctrine, or principle held as being true by a person or esp. by an organization. [< Lat., he holds < tenēre, to hold.]

**ten·fold** (tĕn'fōld') adj. **1.** Composed of ten parts or members. **2.** Ten times as great or as many. —adv. Ten times in extent or number.

**ten-gal·lon hat** (tĕn'găl'ən) n. A felt hat having an exceptionally tall crown and wide brim.

**te·ni·a** (tē'nē-ə) n. Variant of **taenia**.

**te·ni·a·cide** also **tae·ni·a·cide** (tē'nē-ə-sīd') n. An agent that destroys tapeworms. [TENIA + -CIDE.]

**te·ni·a·sis** also **tae·ni·a·sis** (tē-nī'ə-sĭs) n. Infestation with tapeworms. [TENI(A) + -IASIS.]

**ten·nis** (tĕn'ĭs) n. **1.** A game played with rackets and a light ball by two players or two pairs of players on a court divided by a net. **2.** Lawn tennis. **3.** Court tennis. [ME tenetz, court tennis, prob. < OFr. tenez, imper. of tenir, to receive.]

**tennis shoes** pl.n. Sneakers (sense 2).

**teno-** pref. Tendon: tenotomy. [< Gk. tenōn, tendon.]

**ten·on** (tĕn'ən) n. A projection on the end of a piece of wood shaped for insertion into a mortise. —tr.v. -oned, -on·ing, -ons. **1.** To provide with a tenon. **2.** To join with a tenon. [ME < OFr. < tenir, to hold < Lat. tenēre.]

**ten·or** (tĕn'ər) n. **1. a.** The flow of meaning apparent in something written or spoken. **b.** General sense; purport. **2. a.** Law. The exact meaning or actual wording of a document as distinct from its effect. **b.** An exact copy or transcript of a document. **3.** Mus. **a.** The highest natural adult male voice. **b.** A part for this voice. **c.** One who sings this part. —modifier: a tenor sax. [ME < OFr. < Lat., uninterrupted course < tenēre, to continue.]

**te·nor·rha·phy** (tē-nôr'ə-fē) n., pl. **-phies.** The surgical uniting of divided tendons with sutures. [TENO- + Gk. rhaphē, suture.]

**ten·o·syn·o·vi·tis** (tĕn'ō-sĭn'ō-vī'tĭs) n. Inflammation of a tendon sheath. [TENO- + SYNOV(IA) + -ITIS.]

**te·not·o·my** (tē-nŏt'ə-mē) n., pl. **-mies.** The surgical division of a tendon for the relief of deformities caused by the shortening of a muscle.

**ten·pence** (tĕn'pəns) n. Chiefly Brit. A sum of money equal to ten pennies.

**ten·pen·ny** (tĕn'pĕn'ē, -pə-nē) adj. Chiefly Brit. Valued at or costing tenpence.

**tenpenny nail** n. A nail three inches long. [From its orig. price per hundred.]

**ten·pin** (tĕn'pĭn') n. **1.** A bowling pin used in playing tenpins. **2. tenpins** (used with a sing. verb). The game of bowling.

**ten·rec** (tĕn'rĕk') also **tan·rec** (tăn'-) n. Any of various insectivorous, often hedgehoglike mammals of the family Tenrecidae, of Madagascar and nearby islands. [Fr. < Malagasy tàndraka.]

**tense¹** (tĕns) adj. **tens·er, tens·est. 1.** Tightly stretched; taut; strained: tense muscles. **2.** In a state of mental or nervous tension. **3.** Nerve-racking; suspenseful: a tense situation. **4.** Enunciated with taut muscles, as the consonant t. —tr. & intr.v. **tensed, tens·ing, tens·es.** To make or become tense. [Lat. tensus < p.part. of tendere, to stretch out.]

**tense²** (tĕns) n. **1.** Any one of the inflected forms in the conjugation of a verb that indicates the time (past, present, or future) as well as the continuance (imperfect) or completion (perfect) of the action or state. **2.** A set of tense forms indicating a particular time: the future tense. [ME tens < OFr., time < Lat. tempus.]

**ten·sile** (tĕn'səl, -sīl') adj. **1.** Of or pertaining to tension. **2.** Capable of being stretched or extended; ductile. [NLat. tensilis < Lat. tensus, stretched out < p.part. of tendere, to stretch.] —ten·sil'i·ty (tĕn-sĭl'ə-tē) n.

**tensile strength** n. The resistance of a material to a force tending to tear it apart.

**ten·sim·e·ter** (tĕn-sĭm'ĭ-tər) n. An apparatus that is used to measure differences in vapor pressure. [TENSI(ON) + -METER.]

**ten·si·om·e·ter** (tĕn'sē-ŏm'ĭ-tər) n. **1.** An instrument for measuring tensile strength. **2.** A torsion-balance apparatus used to measure the surface tension of a liquid. [TENSIO(N) + -METER.] —ten'si·o·met'ric adj. —ten'si·om'e·try n.

**ten·sion** (tĕn'shən) n. **1. a.** The act or process of stretching. **b.** The condition of being stretched. **2. a.** A force tending to stretch or elongate something. **b.** The measure of such a force: a tension of 50 pounds. **3. a.** Mental, emotional, or nervous strain. **b.** A strained relation or barely controlled hostility between persons or groups. **c.** Uneasy suspense. **4.** A device for regulating tautness, esp. a device regulating the tautness of thread on a sewing machine. **5.** Elect. Voltage or potential; electromotive force. —tr.v. -sioned, -sion·ing, -sions. To subject to tension; make taut. [OFr. < LLat. tensio < Lat. tendere, to stretch.] —ten'sion·al adj.

**ten·si·ty** (tĕn'sĭ-tē) n. The state of being tense; tenseness.

**ten·sive** (tĕn'sĭv) adj. Of, pertaining to, or causing tension.

**ten·sor** (tĕn'sər, -sôr') n. **1.** Anat. A muscle that tenses a part, making it firm. **2.** Math. An element of an abstract system used to denote position determined within the context of more than one coordinate system, a special case of which is a vector that is determined in a single coordinate system. —ten·so'ri·al (-sôr'ē-əl, -sōr'-) adj.

**Tensor lamp** (tĕn'sər, -sôr'). A trademark for a high-intensity electric lamp.

**ten·strike** (tĕn'strīk') n. **1.** A strike in tenpins. **2.** Informal. A remarkably successful stroke or action.

**tent¹** (tĕnt) n. **1.** A portable shelter of canvas, plastic, or skins stretched over a supporting framework of poles with ropes and pegs. **2.** Something resembling a tent in construction or outline. —v. **tent·ed, tent·ing, tents.** —intr. To encamp in a tent. —tr. **1.** To form a tent over. **2.** To put up in tents. [ME < OFr. tente < VLat. *tenta < fem. p.part. of Lat. tendere, stretch out.]

**tent²** (tĕnt) n. A small roll or plug, usually of lint or gauze, for placing in a wound or orifice to keep it open or for probing. —tr.v. **tent·ed, tent·ing, tents.** To keep (a wound or cut) open with a tent. [ME tente < OFr. < tenter, to probe < Lat. tentare, to feel.]

**tent³** (tĕnt) tr.v. **tent·ed, tent·ing, tents.** Scot. **1.** To pay heed to. **2.** To attend; wait upon. [ME tent < tent, attention, short for attent < OFr. attente < attendre, to attend < Lat. attendere. —see ATTEND.]

**ten·ta·cle** (tĕn'tə-kəl) n. **1.** Zool. An elongated, flexible, unsegmented protrusion, as one of those surrounding the mouth or oral cavity of the squid. **2.** Bot. One of the hairs on the leaves of insectivorous plants, as the sundew. **3.** Something resembling a tentacle, esp. in ability to grasp or hold. [NLat. tentaculum < Lat. tentare, to touch.] —ten·tac'u·lar (-tăk'yə-lər) adj.

**tent·age** (tĕn'tĭj) n. **1.** Tents collectively. **2.** A supply of tents available for accommodation. **3.** Tent equipment.

**ten·ta·tive** (tĕn'tə-tĭv) adj. **1.** Of an experimental nature; provisional. **2.** Uncertain: a tentative smile. —n. An experiment. [Med. Lat. tentativus < Lat. tentare, to try.] —ten'ta·tive·ly adv. —ten'ta·tive·ness n.

**tent caterpillar** n. Any of several destructive caterpillars, esp. the hairy larva of a North American moth, Malacosoma americanum, that live in colonies in tentlike webs constructed in deciduous trees.

**tent·ed** (tĕn'tĭd) adj. **1.** Covered with tents. **2.** Sheltered in tents. **3.** Resembling a tent.

**ten·ter** (tĕn'tər) n. **1.** A framework upon which milled cloth is stretched for drying without shrinkage. **2.** Obs. A tenterhook. —tr.v. **-tered, -ter·ing, -ters.** To stretch (cloth) on a tenter. [ME teyntur.]

**ten·ter·hook** (tĕn'tər-hŏŏk') n. A hooked nail for securing cloth on a tenter. —idiom. **on tenterhooks.** In a state of uneasiness, suspense, or anxiety.

**tenth** (tĕnth) n. **1.** The ordinal number that matches the number ten in a series. **2.** One of ten equal parts. [ME tenthe (< ten, ten), alteration of tethe < OE teoða.] —tenth adj. & adv.

**tent stitch** n. A short diagonal embroidery stitch that forms close, even, parallel rows to fill in a pattern or a background.

**ten·u·is** (tĕn'yŏŏ-ĭs) n., pl. **-u·es** (-yŏŏ-ēz'). A voiceless stop in Greek. [NLat. (transl. of Gk. psilos) < Lat., thin.]

**te·nu·i·ty** (tĕ-nŏŏ'ĭ-tē, -nyŏŏ'-) n. **1.** Lack of firmness or mettle. **2.** Fragility. [Lat. tenuitas, thinness < tenuis, thin.]

**ten·u·ous** (tĕn'yŏŏ-əs) adj. **1.** Having a thin or slender form. **2.** Having a thin consistency; dilute. **3.** Having little substance; flimsy: a tenuous argument. [Lat. tenuis.] —ten'u·ous·ly adv. —ten'u·ous·ness n.

**ten·ure** (tĕn'yər, -yŏŏr') n. **1.** The fact or condition of holding something, as real estate or an office; occupation. **2.** The terms under which something is held. **3. a.** The period of holding something. **b.** Permanence of position, often granted an employee after a specified number of years: academic tenure. [ME < OFr. < tenir, to hold, < Lat. tenēre.] —ten'ured adj. —ten·u'ri·al (tĕn-yŏŏr'ē-əl) adj. —ten·u'ri·al·ly adv.

**ten·ured** (tĕn'yərd, -yŏŏrd') adj. Having academic tenure.

**te·nu·to** (tā-nŏŏ'tō) adv. & adj. Mus. So as to be held for the full time value; sustained. [Ital. < p.part. of tenere, to hold < Lat. tenēre.]

**te·o·cal·li** (tē'ə-käl'ē) n., pl. **-lis. 1.** A temple of ancient Mexico and Central America, usually built upon a mound of a truncated pyramidal shape. **2.** The mound upon which a teocalli is built. [Nahuatl : teotl, sacred + calli, house.]



tenrec



tentacle
Of an octopus

**coun·ter·pro·pos·al** (koun'tər-prə-pō'zəl) *n.* A proposal offered to nullify or substitute for a previous one.

**coun·ter·punch** (koun'tər-pŭnch') *n.* A countering attack or blow, esp. a counter in boxing.

**coun·ter·ref·or·ma·tion** (koun'tər-rĕf'ər-mā'shən) *n.* A reformation in opposition to previous reformation.

**Counter Reformation** *n.* A reform movement within the Roman Catholic Church in response to the Protestant Reformation.

**coun·ter·rev·o·lu·tion** (koun'tər-rĕv'ə-lōō'shən) *n.* A movement arising in opposition to a revolution and aiming to restore the prerevolutionary state. —**coun'ter·rev'o·lu'tion·ar'y** (-shə-nĕr'ē) *adj. & n.* —**coun'ter·rev'o·lu'tion·ist** *n.*

**coun·ter·shaft** (koun'tər-shăft') *n.* An intermediate shaft between the powered and driven shafts in a belt drive.

**coun·ter·sign** (koun'tər-sīn') *tr.v.* **-signed, -sign·ing, -signs.** To sign (a previously signed document), as for authentication. —*n.* **1.** A second or confirming signature, as on a previously signed document. **2. a.** A secret sign or signal to be given to a sentry in order to obtain passage; password. **b.** A secret sign or signal given in answer to another. —**coun'ter·sig'na·chər**) *n.*

**coun·ter·sink** (koun'tər-sĭngk') *n.* **1.** A hole with the top part enlarged so that a screw or bolthead will lie flush with or below the surface. **2.** A tool for making a countersink. —*tr.v.* **-sunk** (-sŭngk'), **-sink·ing, -sinks. 1.** To make a countersink on or in. **2.** To drive a screw or bolt into (a countersink).

**coun·ter·spy** (koun'tər-spī') *n.* A spy working in opposition to enemy espionage.

**coun·ter·stain** (koun'tər-stān') *n.* A stain of a contrasting color used in addition to a principal stain that colors the components in a microscopic specimen that are not made visible by the principal stain.

**coun·ter·sunk** (koun'tər-sŭngk') *v.* Past tense and past participle of **countersink.**

**coun·ter·ten·or** (koun'tər-tĕn'ər) *n.* **1.** An adult male voice with a range above that of tenor. **2.** A singer with a countertenor voice.

**coun·ter·vail** (koun'tər-vāl', koun'tər-vāl') *v.* **-vailed, -vail·ing, -vails.** —*tr.* **1.** To act against with equal force; counteract. **2.** To compensate for; offset. —*intr.* To act against an often detrimental influence or power. [ME *countrevaillen* < OFr. *contrevaloir* : *contre,* counter- + *valoir,* to be worth < *valere,* to be strong.]

**coun·ter·weigh** (koun'tər-wā') *intr. & tr.v.* **-weighed, -weigh·ing, -weighs.** To counterbalance or cause to counterbalance.

**coun·ter·weight** (koun'tər-wāt') *n.* A weight used as a counterbalance. —**coun'ter·weight'ed** (-wā'tĭd) *adj.*

**counter word** *n.* A word, as *nice* or *awful,* commonly used without regard to its precise meaning.

**count·ess** (koun'tĭs) *n.* **1. a.** In various European countries, the wife or widow of a count. **b.** In Great Britain, the wife or widow of an earl. **2.** A woman holding the title of count or earl in her own right. [ME *countes* < OFr. *contesse,* fem. of *conte,* count. —see COUNT.]

**counting house** also **count·ing·house** (koun'tĭng-hous') *n.* An office in which a business firm carries on operations such as accounting and correspondence.

**counting room** *n.* A counting house.

**count·less** (kount'lĭs) *adj.* Too numerous to be counted; infinite; innumerable. —**count'less·ly** *adv.*

**count noun** *n.* A noun, such as *chair* or *pea,* that can form a plural and that can occur in a noun phrase construction with the indefinite article, with such terms as *many,* or with numerals.

**count palatine** *n.* A palatine[1] (sense 3).

**coun·tri·fied** also **coun·try·fied** (kŭn'trĭ-fīd') *adj.* **1.** Resembling or having the characteristics of country life; rural; rustic. **2.** Lacking in sophistication.

**coun·try** (kŭn'trē) *n., pl.* **-tries. 1.** A large tract of land distinguishable by features of topography, biology, or culture. **2.** A district outside of cities and towns; rural area. **3. a.** A nation or state. **b.** The territory of a nation or state; land. **c.** The people of a nation or state; populace. **4.** The land of a person's birth or citizenship. **5.** *Law.* A jury. —**modifier:** *country life.* [ME *countre* < OFr. *contree* < LLat. *contrata* < Lat. *contra,* opposite.]

**country and western** *n.* Country music.

**country club** *n.* A suburban club with facilities for golf and other outdoor sports and social activities.

**country cousin** *n.* One whose ingenuousness or rustic ways may embarrass or amuse city dwellers.

**coun·try-dance** (kŭn'trē-dăns') *n.* A folk dance of English origin in which two lines of dancers face each other.

**coun·try·fied** (kŭn'trĭ-fīd') *adj.* Variant of **countrified.**

**country gentleman** *n.* **1.** The owner of a country estate. **2.** Often **Country Gentleman.** A variety of corn with small, sweet white kernels.

**coun·try·man** (kŭn'trē-mən) *n.* **1.** A person from one's own country; compatriot. **2.** A person from a particular country. **3.** One who lives in the country; rustic.

**country music** *n.* A style of popular music based on folk music of the rural United States, esp. of the southern or southwestern United States.


coupé


coupler

**country seat** (kŭn'trē-sēt') *n.* An estate or mansion in the country.

**coun·try·side** (kŭn'trē-sīd') *n.* **1.** A rural region. **2.** The inhabitants of a countryside.

**coun·try·wom·an** (kŭn'trē-wŏŏm'ən) *n.* **1.** A woman of one's own country; compatriot. **2.** A woman from a particular country. **3.** A woman who lives in the country.

**coun·ty** (koun'tē) *n., pl.* **-ties. 1.** In the United States, an administrative subdivision of a state. **2.** In Great Britain and Ireland, a territorial division exercising administrative, judicial, and political functions. **3.** The people living in a county. **4.** The territory under the jurisdiction of a count or earl. [ME *counte,* territorial division < AN *counte* or *conte,* the territory of a count < Med. Lat. *comitatus* < Lat. *comitatus,* an office of state < Lat., retinue < *comes,* companion.]

**county palatine** *n.* The domain of a count palatine.

**county seat** *n.* A town or city that is the center of government in its county.

**county town** *n. Chiefly Brit.* A county seat.

**coup** (kōō) *n., pl.* **coups** (kōōz). **1.** A brilliantly executed stratagem; masterstroke. **2.** A coup d'état. [Fr., stroke < OFr. < LLat. *colpus* < Lat. *colaphus* < Gk. *kolaphos.*]

**coup de grâce** (kōō' də gräs') *n.* **1.** A death blow or finishing stroke delivered to end the misery of someone who is mortally wounded. **2.** A finishing or decisive event or act. [Fr. : *coup,* stroke + *de,* of + *grace,* mercy.]

**coup de main** (kōō' də măn') *n.* A sudden action undertaken to surprise an enemy. [Fr. : *coup,* stroke + *de,* of + *main,* hand.]

**coup d'é·tat** (kōō' dā-tä') *n.* A sudden overthrow of a government by a group of persons in or previously in positions of authority in deliberate violation of constitutional forms. [Fr. : *coup,* stroke + *de,* of + *état,* state.]

**coup de thé·â·tre** (kōō' də tā-ä'trə) *n.* An unexpected and dramatic event, esp. one that overturns a given situation. [Fr. : *coup,* stroke + *de,* of + *théâtre,* theatre.]

**coup d'oeil** (kōō dœ'yə) *n.* A quick survey; glance. [Fr. : *coup,* stroke + *de,* of + *oeil,* eye.]

**coupe**[1] (kōōp) *n.* **1. a.** A dessert of ice cream or fruit-flavored ice, variously garnished and served in a special dessert glass. **b.** The stemmed glass in which a coupe is served. **2.** A shallow, bowl-shaped dessert dish. [Fr., cup < LLat. *cuppa.*]

**coupe**[2] (kōōp) *n.* Variant of **coupé** (sense 2).

**cou·pé** (kōō-pā') *n.* **1.** A closed four-wheel carriage with two seats inside and one outside. **2.** Also **coupe** (kōōp) A closed two-door automobile. [Fr. < p.part. of *couper,* to cut < *coup,* blow. —see COUP.]

**cou·ple** (kŭp'əl) *n.* **1.** Two items of the same kind; pair. **2.** Something that joins or connects two things together; link. **3.** (used with a sing. or pl.verb). **a.** A man and woman united, as by marriage or betrothal. **b.** Two people together. **4.** A few; several: *a couple of days.* **5.** *Physics.* A pair of forces of equal magnitude acting in parallel but opposite directions, capable of causing rotation but not translation. —*v.* **-pled, -pling, -ples.** —*tr.* **1.** To link together; connect: *coupled her refusal with an explanation.* **2. a.** To join as man and wife; marry. **b.** To join in sexual union. **3.** *Elect.* To link (two circuits or currents) as by magnetic induction. —*intr.* **1.** To form pairs; join. **2.** To copulate. **3.** To join chemically. [ME < OFr. < Lat. *copula,* bond.]

**Synonyms:** couple, pair, duo, brace, yoke. These nouns denote two of something in association. *Couple* refers to two of the same kind or sort not necessarily closely associated, though often it does apply to close relationship. Less formally the term may mean "few." *Pair* stresses close association and often reciprocal dependence of things (as in the case of gloves or pajamas). Sometimes it denotes a single thing with interdependent parts (such as shears or spectacles). *Duo* refers to partners in a duet. *Brace* refers principally to certain game birds, and *yoke* to two joined draft animals.

**Usage:** *Couple,* when referring to a man and woman together, may be used with either a singular or a plural verb, but the plural is more common. Whatever the choice, usage should be consistent: *the couple are spending their honeymoon* (or *is spending its honeymoon*).

**cou·pler** (kŭp'lər) *n.* **1.** One that couples. **2.** A device for coupling two railroad cars. **3.** A device connecting two organ keyboards so that they may be played together.

**cou·plet** (kŭp'lĭt) *n.* **1.** A unit of verse consisting of two successive lines, usually rhyming and having the same meter. **2.** Two similar things; pair. [OFr., dim. of *couple,* couple.]

**cou·pling** (kŭp'lĭng) *n.* **1.** The act of forming couples. **2.** The act of copulating. **3.** Something that links or connects, as a railroad coupler. **4.** The part of the body connecting the hindquarters and forequarters of a four-footed animal.

**cou·pon** (kōō'pŏn', kyōō'-) *n.* **1.** A negotiable certificate attached to a bond that represents a sum of interest due. **2. a.** A detachable part, as of a ticket or advertisement, that entitles the bearer to certain benefits, such as a cash refund or a gift. **b.** A printed form, as in an advertisement, used as an order blank or for requesting information. **3.** A detachable slip calling for periodic payments, as for merchandise bought on an installment plan. [Fr. < OFr. *colpon,* piece cut off < *colper,* to cut < *coup,* blow. —see COUP.]

---

ă pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier / j judge / k kick / l lid, needle / m mum LAIBO A000415 ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ōō took / ōō boot