**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| SHENZHEN LAIBO TECHNOLOGY CO., LTD.; LIVING SKYLIGHT INC.; BOHUA HUAGAOLI ELECTRONICS TECHNOLOGY CO., LTD.; YAN'AN SHANGYE NETWORK TECHNOLOGY CO., LTD.; SHENZHEN HTPOW ELECTRONIC COMMERCE CO., LTD; SHENZHEN LIANSHENGTUO TECHNOLOGY CO., LTD.; SHENZHEN SHANGJIAMEIPIN E-COMMERCE CO., LTD.; AND SHENZHEN WEIDONGZHIXIN TECHNOLOGY CO., LTD., <br><br>  Plaintiffs, <br>                    v. <br> XEBEC, INC. <br><br>  Defendant. | Civil Action No. 6:22-cv-1-ADA |

## DECLARATION OF SCOTT P. AMY

I, Scott P. Amy, hereby declare and state as follows:

1. I am of legal age and under no legal disability. I have personal knowledge of and I am fully competent to testify to the facts stated herein.

2. I am an attorney at the law firm of Thomas Horstemeyer LLP, counsel for Defendant Xebec, Inc. in the above-captioned case. I have knowledge of the facts stated in this declaration and make this declaration in support of Defendant Xebec, Inc.'s Responsive Claim Construction Brief.

3. Attached as Exhibit 1 hereto is a true and correct copy of U.S. Patent No. 9,395,757.

4. Attached as Exhibit 2 hereto is a true and correct copy of U.S. Patent No. 10,809,762.

5. Attached as Exhibit 3 hereto are true and correct copies of the documents produced by Plaintiffs in this action as LAIBO-00406 – LAIBO-00407, and LAIBO - 00411.

6. I hereby declare upon penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 19, 2022.

By: ___*/s/ Scott P. Amy*___
      Scott P. Amy