EXHIBIT 3

# Second College Edition

# The American Heritage Dictionary

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982, 1985, 1991 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

**Library of Congress Cataloging in Publication Data**
Main entry under title:
American Heritage dictionary.
   Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
   1. English language—Dictionaries.   I. Morris, William, 1913–
PE1625.A54   1982    423    82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

Case 6:22-cv-00001-ADA   Document 27-4   Filed 10/19/22   Page 4 of 4
LAIBO - 000411

brachyuran / brainwash

as certain insects. [Gk. *brakhupteros* : *brakhus*, short + *pteron*, wing.] —**bra·chyp'ter·ism** (-tə-rĭz'əm) *n.*
**brach·y·u·ran** (brăk'ə-yŏor'ən) also **brach·y·u·ral** (-əl) or **brach·y·u·rous** (-əs) *adj.* Of or belonging to a group of crustaceans characterized by a short abdomen concealed under the cephalothorax and including the true crabs. —*n.* A member of the Brachyura. [< NLat. *Brachyura*, name suborder : Gk. *brakhus*, short + Gk. *oura*, tail.]
**brac·ing** (brā'sĭng) *adj.* Invigorating. —**brac'ing·ly** *adv.*
**brack·en** (brăk'ən) *n.* 1. A fern, *Pteridium aquilinum*, having tough stems and branching, finely divided fronds. 2. An area overgrown with bracken. 3. A large, coarse fern. [ME *braken*, prob. of Scand. orig.]
**brack·et** (brăk'ĭt) *n.* 1. A simple rigid structure in the shape of an L, one arm of which is fixed to a vertical surface, the other projecting horizontally to support a shelf or other weight. 2. A wall-anchored fixture adapted to support a load. 3. A small shelf or shelves supported by brackets. 4. a. Either of a pair of symbols, [ ], used to enclose written or printed material or to indicate a mathematical expression considered in some sense a single quantity. b. Either of a pair of symbols, < >, similarly used and in mathematics used esp. together to indicate the average of a contained quantity. c. *Math.* A brace (sense 12). 5. A classification or grouping, esp. of taxpayers according to income. 6. The space between two rounds of artillery, the first aimed beyond a target and the second aimed short of it, used to determine range. —*tr.v.* **-et·ed, -et·ing, -ets.** 1. To support with a bracket or brackets. 2. To place within or as if within brackets. 3. To classify or group together. 4. To fire beyond and short of (a target) in order to determine range. [OFr. *braguette*, codpiece, dim. of *brague*, breeches < OProv. *braga* < Lat. *bracae*.]
**bracket fungus** *n.* Any of various fungi that form shelflike growths on tree trunks and wood structures.
**brack·ish** (brăk'ĭsh) *adj.* 1. Containing some salt; briny: *brackish water.* 2. Distasteful; unpalatable. [Du. *brak*.] —**brack'ish·ness** *n.*
**bract** (brăkt) *n.* A leaflike plant part, usually small but sometimes showy and sometimes brightly colored, located either below a flower or on the stalk of a flower cluster. [NLat. *bractea* < Lat. gold leaf.] —**brac'te·al** (brăk'tē-əl) *adj.*
**brac·te·ate** (brăk'tē-ĭt, -āt') *adj.* Bearing bracts. [NLat. *bracteatus* < *bractea*, gold leaf.]
**brac·te·o·late** (brăk'tē-ə-lĭt, -lāt') *adj.* Bearing bracteoles.
**brac·te·ole** (brăk'tē-ōl') *n.* A small or secondary bract. [NLat. *bracteola* < Lat., dim. of *bractea*, gold leaf.]
**brad** (brăd) *n.* A tapered nail with a small head or a slight side projection instead of a head. [ME < ON *broddr*, spike.]
**brad·awl** (brăd'ôl') *n.* A small awl with a chisel edge, used to make holes in wood for brads or screws.
**brady-** *pref.* Slow: *bradycardia.* [NLat. < Gk. *bradus*, slow.]
**brad·y·car·di·a** (brăd'ĭ-kär'dē-ə) *n.* Abnormally slow heartbeat, as less than 60 beats per minute. [BRADY- + Gk. *kardia*, heart.] —**brad'y·car'dic** (-dĭk) *adj.*
**brad·y·lex·i·a** (brăd'ĭ-lĕk'sē-ə) *n.* A slowness of reading not attributable to lack of intelligence. [BRADY- + Gk. *lexis*, speech < *legein*, to speak.]
**brad·y·lo·gia** (brăd'ə-lō'jə, -jē-ə) *n.* Abnormally slow speech. [NLat. : BRADY- + Gk. *-logia*, -logy.]
**brae** (brā) *n. Scot.* A hillside; slope. [ME *bra* < ON *brā*, eyelid.]
**brag** (brăg) *v.* **bragged, brag·ging, brags.** —*intr.* To talk boastfully. —*tr.* To assert boastfully. —*n.* 1. Arrogant or boastful speech or manner. 2. Something boasted of. 3. A braggart; boaster. 4. A card game similar to poker. —*adj.* **brag·ger, brag·gest.** Exceptionally fine. [ME *braggen* < *brag*, ostentatious.] —**brag'ger** *n.*
**brag·ga·do·ci·o** (brăg'ə-dō'sē-ō', -shē-ō', -shō) *n., pl.* **-os.** 1. A braggart. 2. a. Empty or pretentious bragging. b. Swaggering manner; cockiness. [Alteration of *Braggadocchio*, the personification of vainglory in *The Fairie Queene* by Sir Edmund Spenser (1552–1599).]
**Bragg angle** (brăg) *n.* The angle between an incident x-ray beam and a set of crystal planes for which the secondary radiation displays maximum intensity as a result of constructive interference. [After William Henry *Bragg* (1862–1942) and William Lawrence *Bragg* (1890–1971).]
**brag·gart** (brăg'ərt) *n.* One given to loud, empty boasting; bragger. —*adj.* Boastful. [Fr. *bragard* < *braguer*, to brag, perh. < ME *braggen*.]
**Bragg's law** (brăgz) *n.* The fundamental law of x-ray crystallography, $n\lambda = 2d\sin\Theta$, where *n* is an integer, λ is the wavelength of a beam of x rays incident on a crystal with lattice planes separated by distance *d*, and Θ is the Bragg angle. [After William Henry *Bragg* (1862–1942) and William Lawrence *Bragg* (1890–1971).]
**Brah·ma¹** (brä'mə) *n. Hinduism.* 1. The personification of divine reality in its creative aspect as a member of the Hindu triad. 2. Variant of **Brahman** (senses 1, 3). [Skt. *brahman.*]
**Brah·ma²** also **brah·ma** (brä'mə, brā'-) *n.* A large domestic fowl of a breed originating in Asia and having feathered legs. [After the *Brahmaputra* River in southern Asia.]
**Brah·man** (brä'mən) *n.* 1. Also **Brah·ma** (-mə). *Hinduism.* The essential divine reality of the universe; the eternal spirit from which all being originates and to which all returns. 2. Also **Brah·min** (-mĭn). *Hinduism.* A member of the highest caste, originally composed of priests but now occupationally diversified. 3. Also **Brah·ma** (-mə) or **Brah·min** (-mĭn). One of a breed of domestic cattle developed in the southern United States from stock originating in India and having a hump between the shoulders and a pendulous dewlap. [Skt.] —**Brah·man'ic** (-măn'ĭk), **Brah·man'i·cal** *adj.*
**Brah·man·ism** (brä'mə-nĭz'əm) also **Brah·min·ism** (brä'mĭ-) *n.* 1. The religious practices and beliefs of ancient India as reflected in the Vedas, the earliest religious texts. 2. The social caste system of the Brahmans of India. —**Brah'man·ist** *n.*
**Brah·min** (brä'mĭn) *n.* 1. A highly cultured and socially exclusive person, esp. a member of one of the old New England families. 2. Variant of **Brahman** (senses 2, 3). —**Brah·min'ic** (-mĭn'ĭk), **Brah·min'i·cal** *adj.*
**Brah·min·ism** (brä'mĭ-nĭz'əm) *n.* 1. The attitude or conduct typical of a social or cultural elite. 2. Variant of **Brahmanism.**
**braid** (brād) *tr.v.* **braid·ed, braid·ing, braids.** 1. To interweave three or more strands of; plait. 2. To decorate or edge with an ornamental trim. 3. To produce by interweaving: *braid a rug.* 4. To fasten or decorate (hair) with a band or ribbon. —*n.* 1. A narrow length of fabric, hair, or other material that has been braided or plaited. 2. A thin, flat woven strip of cloth used for binding or decorating fabrics. 3. A ribbon or band used to fasten the hair. [ME *braiden* < OE *bregdan*, to weave.] —**braid'er** *n.*
**braid·ed** (brā'dĭd) *adj.* Flowing in an interconnected network of channels: *a braided stream.*
**braid·ing** (brā'dĭng) *n.* Braided embroidery.
**brail** (brāl) *n.* A line used to furl loose-footed sails. —*tr.v.* **brailed, brail·ing, brails.** To gather in (a sail) with brails. [ME *brayle* < OFr. *brail*, belt < Med. Lat. *bracale* < Lat. *bracae*, breeches.]
**Braille** also **braille** (brāl) *n.* A system of writing and printing for the blind, in which varied arrangements of raised dots representing letters and numerals can be identified by touch. [After Louis *Braille* (1809–1852).]
**brain** (brān) *n.* 1. a. The portion of the central nervous system that in the vertebrate cranium is responsible for the interpretation of sensory impulses, the coordination and control of bodily activities, and the exercise of emotion and thought. b. A functionally similar portion of the invertebrate nervous system. 2. **brains.** Intellectual capacity. 3. *Informal.* A highly intelligent person. 4. Often **brains.** The supreme planner, as of a movement. 5. An automatic device, as a computer, that is central to a computation or control process. —*tr.v.* **brained, brain·ing, brains.** 1. To smash in the skull of. 2. *Slang.* To hit on the head. —**idioms. on the brain.** Obsessively in mind. **rack** (or **beat**) **(one's) brains.** To think as hard as one can. [ME < OE *brægen.*]
**brain case** *n.* The brainpan.
**brain child** *n. Informal.* An original idea or plan attributed to a specific person or group.
**brain coral** *n.* Any of several corals of the genus *Meandrina*, forming rounded colonies that resemble the human brain.
**brain death** *n.* Death as evidenced by absence of central-nervous-system activity. —**brain'-dead'** (brān'dĕd') *adj.*
**brain drain** *n.* The emigration of professionals, as scientists or scholars, to countries that offer higher-paid positions and better living conditions.
**brain-drain** (brān'drān') *v.* **-drained, -drain·ing, -drains.** —*intr.* To emigrate to another country usually for a more highly paid position or better living conditions. —*tr.* To persuade (a scientist, for example) to brain-drain.
**brain fever** *n.* Encephalitis.
**brain·less** (brān'lĭs) *adj.* Devoid of intelligence; stupid. —**brain'less·ly** *adv.* —**brain'less·ness** *n.*
**brain·pan** (brān'păn') *n.* The part of the skull that contains the brain; cranium.
**brain-pick·ing** (brān'pĭk'ĭng) *n.* The act of probing another's mind for information. —**brain'-pick'er** *n.*
**brain·pow·er** (brān'pou'ər) *n.* 1. Intellectual power or ability. 2. People with well-developed mental ability.
**brain scanner** *n.* A CAT scanner used to x-ray the brain. —**brain scan** *n.*
**brain·sick** (brān'sĭk') *adj.* Of, pertaining to, or induced by insanity; mad. —**brain'sick'ly** *adv.* —**brain'sick'ness** *n.*
**brain·stem** (brān'stĕm') *n.* The part of the brain consisting of the medulla oblongata, pons, and mesencephalon and connecting the spinal cord to the forebrain and cerebrum.
**brain·storm** (brān'stôrm') *n.* 1. A sudden and violent disturbance in the brain. 2. a. A sudden clever idea. b. A foolish idea.
**brain·storm·ing** (brān'stôr'mĭng) *n.* A method of shared problem-solving in which all members of a group spontaneously contribute ideas. —**brain'storm'** *v.* (-stormed, -storming, -storms). —**brain'storm'er** *n.*
**brains trust** *n. Chiefly Brit.* A brain trust.
**brain trust** *n.* A group of experts who serve as unofficial advisers and policy planners, esp. in a government. —**brain truster** *n.*
**brain-wash** (brān'wŏsh', -wôsh') *tr.v.* **-washed, -wash·ing,**



bracket fungus

cerebellum
pineal body
cerebral cortex
thalamus
pituitary
pons
medulla
spinal cord

brain

LAIBO - 000411