THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SHENZHEN LAIBO TECHNOLOGY CO., LTD.**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **XEBEC, INC.**, <br><br> *Defendant*. | **Civil Action No. 6:22-cv-00001-ADA** |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Court's Amended Scheduling Order (Dkt. No. 31), Plaintiffs Shenzhen Laibo Technology Co., Ltd., *et al.* ("Plaintiffs") and Defendant Xebec, Inc. ("Defendant") hereby respectfully submit this Joint Claim Construction Statement. The Joint Claim Construction Statement identifies agreed and disputed constructions for each of the claim terms at issue concerning U.S. Patent No. 9,395,757 ("the '757 Patent") and U.S. Patent No. 10,809,762 ("the '762 Patent").

### I.   CONSTRUCTION OF CLAIM TERMS ON WHICH THE PARTIES AGREE

The Parties have tentatively agreed to the construction of the following term:

| Patent | Term | Claim | Agreed Construction |
|---|---|---|---|
| '762 | coupled to | 1, 9 | Plain and ordinary meaning |

Defendant understands that Plaintiffs no longer assert that the term "coupled to" requires a direct connection.  However, as set forth in the briefing, to the extent that Plaintiffs maintain that this term  does require a **direct** connection, Defendant believes that this term is still in dispute.

1

## II. PROPOSED CONSTRUCTION OF EACH DISPUTED CLAIM TERM

The term "engaged with" was a joint proposal, while Plaintiffs proposed the remaining terms for construction. The proposed constructions of the Parties are as follows:

| Patent | Term | Claim | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|---|
| '757 | hung | 1 | fastened from above with no support from below; suspended | Plain and ordinary meaning |
| '757 | a bracket | 4 | a structure in the shape of an L adapted to support a load | Plain and ordinary meaning |
| '757 | for engagement | 11 | for interlocking or meshing under the action of friction and/or gravity in use | Plain and ordinary meaning or "for connection" |
| '762 | engaged with and slidable / in sliding engagement | 1, 9 | interlocked or meshed with and capable of sliding | Plain and ordinary meaning or "connected and slidable" / Plain and ordinary meaning or "in a sliding connection with" |

## III. LENGTH OF TIME NECESSARY FOR CLAIM CONSTRUCTION HEARING

The Parties anticipate the length of time necessary for the claim construction hearing to be approximately one hour per the Court's Standing Order.

Dated:  December 2, 2022	Respectfully Submitted,


	*/s/ Hao Ni*

	Hao Ni
	Texas Bar No. 24047205
	hni@nilawfirm.com
	Nicholas Najera
	Texas Bar No. 24127049
	nnajera@nilawfirm.com

	NI, WANG & MASSAND, PLLC
	8140 Walnut Hill Lane, Suite 500
	Dallas, Texas 75231
	Tel: (972) 331-4600
	Fax: (972) 314-0900

	*ATTORNEYS FOR PLAINTIFFS*


	*/s/ Andrea Nguyen*
	Scott P. Amy
	Georgia Bar No. 141416
	s.amy@thip.law
	Joseph W. Staley
	Georgia Bar No. 142571
	j.staley@thip.law
	Andrea P. Nguyen
	Georgia Bar No. 306931
	a.nguyen@thip.law
	THOMAS HORSTEMEYER LLP
	3200 Windy Hill Road SE
	Suite 1600E
	Atlanta, GA 30339
	Telephone:  770.933.9500
	Facsimile:  770.951.0933

	***Attorneys for Defendant/Counterclaim Plaintiff Xebec, Inc.***

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above document has been delivered to all counsel of record through the Court's CM/ECF service on this 1st day of December, 2022.

/s/__*Hao Ni*__