# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SHENZHEN LAIBO TECHNOLOGY CO.,LTD., LIVING SKYLIGHT INC., BOHUA HUAGAOLI ELECTRONICS TECHNOLOGY CO., LTD., YAN'AN SHANGYE NETWORK TECHNOLOGY CO.,LTD., SHENZHEN HTPOW ELECTRONIC COMMERCE CO., LTD., SHENZHEN LIANSHENGTUO TECHNOLOGY CO., LTD., SHENZHEN SHANGJIAMEIPIN E-COMMERCE CO., LTD., SHENZHEN WEIDONGZHIXIN TECHNOLOGY CO., LTD.,<br>       *Plaintiffs,*<br><br>v.<br><br>DOVETAIL TECHNOLOGY LTD., XEBEC, INC., XEBEC, INC., BOHUA HUAGAOLI ELECTRONICS TECHNOLOGY CO., LTD., LIVING SKYLIGHT INC., SHENZHEN HTPOW ELECTRONIC COMMERCE CO., LTD., SHENZHEN LAIBO TECHNOLOGY CO.,LTD., SHENZHEN LIANSHENGTUO TECHNOLOGY CO., LTD., SHENZHEN SHANGJIAMEIPIN E-COMMERCE CO., LTD., SHENZHEN WEIDONGZHIXIN TECHNOLOGY CO., LTD., YAN'AN SHANGYE NETWORK TECHNOLOGY CO.,LTD.,<br>       *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | 6:22-CV-00001-ADA |

## **FINAL CLAIM CONSTRUCTIONS OF THE COURT**

1

The Court provided preliminary claim constructions on December 15, 2022, for U.S. Patent No. 9,395,757 ("the '757 Patent") and U.S. Patent No. 10,809,762 ("the '762 Patent"). The Court held a claim construction hearing on December 16, 2022, in which the Court heard argument on the following claim terms: (1) "hung" and (2) "engaged with and slidable/in sliding engagement." After careful consideration of the parties' briefs, oral argument, and the applicable law, the Court enters its final constructions for each term as shown below.

| Claim Term | Court's Final Construction |
|---|---|
| **"hung"** <br> '757 Patent Claim 1. | Plain and ordinary meaning. |

| Claim Term | Court's Final Construction |
|---|---|
| **"a bracket"** <br> '757 Patent, Claim 4 | Plain and ordinary meaning. |

| Claim Term | Court's Final Construction |
|---|---|
| **"for engagement"** <br> '757 Patent, Claim 11 | Plain and ordinary meaning. |

| Claim Term | Court's Final Construction |
|---|---|
| **"engaged with and slidable / in sliding engagement"** <br> '762 Patent, Claims 1, 9 | Plain and ordinary meaning. |

**SIGNED** this 20th day of December, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE