IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

SHENZHEN LAIBO TECHNOLOGY CO., LTD. ET. AL,

    Plaintiffs,

v.

DOVETAIL TECHNOLOGY LTD., AND XEBEC, INC.

    Defendants.

CASE No.: 6:22-cv-00001-ADA

**JURY TRIAL DEMANDED**

## NOTICE OF APPEARANCE OF TIANYU JU

Tianyu Ju of Glacier Law LLP respectfully enters her appearance as counsel of record for Plaintiff Shenzhen Laibo Technology Co., Ltd. All further communications, correspondence, and orders may be directed to Tianyu Ju at the below address:

    **Glacier Law LLP**
    251 S Lake Ave, Suite 910
    Pasadena, CA 91101
    Tel.:(332)208-8882
    Fax: (312)801-4587
    Email: iris.ju@glacier.law

Dated: March 13, 2024      Respectfully Submitted,

    By:    /s/ Tianyu Ju
              Tianyu Ju, Esq.
              Glacier Law LLP
              251 S Lake Ave, Suite 910
              Pasadena, CA 91101
              iris.ju@glacier.law

Tel: +1 (312) 448-7772
Fax: +1 (312)-801-4587
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I certify that on March 13, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Tianyu Ju
Tianyu Ju, Esq.