AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Shenzhen Laibo Technology Co.,Ltd. et al ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-cv-00001-ADA |
| XEBEC, INC ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Shenzhen Laibo Technology Co., Ltd.; Living Skylight Inc; Yan'an Shangye Network Technology Co., Ltd.

Date: 06/11/2024

/s/ Wei Wang
*Attorney's signature*

Wei Wang #5932249
*Printed name and bar number*

Glacier Law LLP
41 Madison Avenue Suite 2529
New York, NY 10010

*Address*

wei.wang@glacier.law
*E-mail address*

(332) 777-7315
*Telephone number*

(312) 801-4587
*FAX number*