# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SHENZHEN LAIBO TECHNOLOGY CO.,LTD., LIVING SKYLIGHT INC., BOHUA HUAGAOLI ELECTRONICS TECHNOLOGY CO., LTD., YAN'AN SHANGYE NETWORK TECHNOLOGY CO.,LTD., SHENZHEN HTPOW ELECTRONIC COMMERCE CO., LTD., SHENZHEN LIANSHENGTUO TECHNOLOGY CO., LTD., SHENZHEN SHANGJIAMEIPIN E-COMMERCE CO., LTD., SHENZHEN WEIDONGZHIXIN TECHNOLOGY CO., LTD. | § § § § § § | NO:  WA:22-CV-00001-ADA |

vs.

DOVETAIL TECHNOLOGY LTD., XEBEC, INC., XEBEC, INC., BOHUA HUAGAOLI ELECTRONICS TECHNOLOGY CO., LTD., LIVING SKYLIGHT INC., SHENZHEN HTPOW ELECTRONIC COMMERCE CO., LTD., SHENZHEN LAIBO TECHNOLOGY CO.,LTD., SHENZHEN LIANSHENGTUO TECHNOLOGY CO., LTD., SHENZHEN SHANGJIAMEIPIN E-COMMERCE CO., LTD., SHENZHEN WEIDONGZHIXIN TECHNOLOGY CO., LTD., YAN'AN SHANGYE NETWORK TECHNOLOGY CO.,LTD.

## ORDER RESETTING ZOOM DISCOVERY DISPUTE HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for DISCOVERY DISPUTE HEARING by Zoom on July 02, 2024 at 10:30 AM.

IT IS SO ORDERED this 20th day of June, 2024.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE