UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SHENZHEN LAIBO TECHNOLOGY CO., LTD.; LIVING SKYLIGHT INC.; BOHUA HUAGAOLI ELECTRONICS TECHNOLOGY CO., LTD.; YAN'AN SHANGYE NETWORK TECHNOLOGY CO., LTD.; SHENZHEN HTPOW ELECTRONIC COMMERCE CO., LTD; SHENZHEN LIANSHENGTUO TECHNOLOGY CO., LTD.; SHENZHEN SHANGJIAMEIPIN E-COMMERCE CO., LTD.; AND SHENZHEN WEIDONGZHIXIN TECHNOLOGY CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> XEBEC, INC. <br><br> Defendant | Case No. 6:22-cv-1-ADA <br><br> **JURY TRIAL DEMANDED** |

**JOINT NOTICE OF AMENDED SCHEDULING ORDER**

Plaintiffs Shenzhen Laibo Technology Co., Ltd., Living Skylight Inc., Bohua Huagaoli Electronics Technology Co., Ltd., Yan'an Shangye Network Technology Co., Ltd., Shenzhen HTPOW Electronic Commerce Co., Ltd., Shenzhen Lianshengtuo Technology Co., Ltd., Shenzhen Shangjiameipin E-Commerce Co., Ltd., and Shenzhen Weidongzhixin Technology Co., Ltd. (collectively, "Plaintiffs") and Defendant Xebec, Inc. ("Xebec" or "Defendant") (collectively, "the Parties") have agreed to extend the following deadlines:

1. Fact discovery from July 12, 2024 to August 23, 2024 for the limited purpose of permitting: Plaintiffs to respond to Xebec's second set of discovery requests by July 19, 2024; Xebec to obtain information from Amazon from by August 23, 2024; the Parties to take depositions by August 23, 2024.

1

2. Opening Expert Reports from Monday, August 19, 2024 to August 30, 2024,

3. Rebuttal Expert reports from Monday, September 23, 2024 to September 30, 2024.

All other deadlines to remain as presently scheduled. The agreed extensions do not alter the date of any hearing, trial or other Court date.

DATED: July 11, 2024

Respectfully submitted,

/s/ Tianyu Iris Ju (signed with permission)
Tianyu Iris Ju
Bar No. 323817
iris.ju@glacier.law
Glacier Law
251 S Lake Ave., Ste. 910
Pasadena, CA 91101
Tel: +1 312-448-7772
Fax: +1 312-801-4587

Tao Liu
Bar No. 5741665
tao.liu@glacier.law
Glacier Law
41 Madison Avenue, Suite 2529
New York, NY 10010
 Tel: +1332-208-8882
Fax: +1 312-801-4587

***ATTORNEY FOR PLAINTIFFS***

/s/ *Andrea P. Nguyen*
Scott P. Amy
Georgia Bar No. 141416
s.amy@pkhip.com
Joseph W. Staley
Georgia Bar No. 142571
j.staley@pkhip.com
Andrea P. Nguyen
Georgia Bar No. 306931
a.nguyen@pkhip.com

**Perilla Knox & Hildebrandt LLP**
5871 Glenridge Drive, Ste. 350
Atlanta, GA 30328
Tel: ( 770) 927-7802
Fax: (877) 369-6779

***ATTORNEYS FOR DEFENDANT***

**UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| **SHENZHEN LAIBO TECHNOLOGY CO., LTD.; LIVING SKYLIGHT INC.; BOHUA HUAGAOLI ELECTRONICS TECHNOLOGY CO., LTD.; YAN'AN SHANGYE NETWORK TECHNOLOGY CO., LTD.; SHENZHEN HTPOW ELECTRONIC COMMERCE CO., LTD; SHENZHEN LIANSHENGTUO TECHNOLOGY CO., LTD.; SHENZHEN SHANGJIAMEIPIN E-COMMERCE CO., LTD.; AND SHENZHEN WEIDONGZHIXIN TECHNOLOGY CO., LTD.,** <br><br> Plaintiffs, <br><br> v. <br><br> **XEBEC, INC.** <br><br> Defendant | Case No. 6:22-cv-1-ADA <br><br> **JURY TRIAL DEMANDED** |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2024, the foregoing JOINT NOTICE OF AMENDED SCHEDULING ORDER was filed using the Court's CM/ECF system, which will automatically send electronic notice of such filing to all attorneys of record in this case.

*/s/ Andrea P. Nguyen*
Andrea P. Nguyen

## **CERTIFICATE OF CONFERENCE**

The Parties have conferred via email and agree to the extension of deadlines sought herein.

*/s/ Andrea P. Nguyen*
Andrea P. Nguyen