## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

SHENZHEN LAIBO TECHNOLOGY
CO., LTD.; LIVING SKYLIGHT INC.;
BOHUA HUAGAOLI ELECTRONICS
TECHNOLOGY CO., LTD.; YAN'AN
SHANGYE NETWORK TECHNOLOGY
CO., LTD.; SHENZHEN HTPOW
ELECTRONIC COMMERCE CO., LTD;
SHENZHEN LIANSHENGTUO
TECHNOLOGY CO., LTD.; SHENZHEN
SHANGJIAMEIPIN E-COMMERCE CO.,
LTD.; AND SHENZHEN EIDONGZHIXIN
TECHNOLOGY CO., LTD.,

     Plaintiffs,

              v.

XEBEC, INC.

     Defendants.

Case No. 6:22-cv-00001-ADA

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Shenzhen Laibo Technology Co.,
Ltd., Living Skylight Inc., Bohua Huagaoli Electronics Technology Co., Ltd, Yan'an Shangye
Network Technology Co., Ltd., Zhenzhen Htpow Electronic Commerce Co., Ltd., Shenzhen
Lianshengtuo Technology Co., Ltd., Shenzhen Shangjiameipin E-Commercce Co., Ltd., and
Shenzhen Weidongzhixin Technology Co., Ltd. (collectively, "Plaintiffs") and Defendant Xebec,
Inc., by and through their undersigned attorneys, stipulate and agree that this action is dismissed
with prejudice, with each party to bear its own fees and costs incurred in connection with this
action.

SO STIPULATED AND AGREED, this 23rd day of August 2024.


By: _/s/ Wei Wang (with permission)____
Tianyu Ju
iris.ju@glacier.law
Tao Liu
tao.liu@glacier.law
Wei Wang
wei.wang@glacier.law

**GLACIER LAW LLP**
41 Madison Ave, Suite 2529
New York, NY 10010
Telephone: 332-208-8882
Facsimile: 312-801-4587

***ATTORNEYS FOR PLAINTIFFS***


By: _/s/ Scott P. Amy_____
Scott P. Amy
Georgia Bar No. 141416
s.amy@pkhip.com
Joseph W. Staley
Georgia Bar No. 142571
j.staley@pkhip.com
Andrea P. Nguyen
Georgia Bar No. 306931
a.nguyen@pkhip.com

**PERILLA KNOX & HILDEBRANDT LLP**
5871 Glenridge Drive, Ste. 350
Atlanta, GA 30328
Tel: (770) 927-7802
Fax: (877) 369-6779

***ATTORNEYS FOR DEFENDANT***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on August 23, 2024, the foregoing STIPULATION OF DISMISSAL

WITH PREJUDICE was filed using the Court's CM/ECF system, which will automatically send

electronic notice of such filing to all attorneys of record in this case.

*/s/ Scott P. Amy*
Scott P. Amy (Ga. Bar No. 141416)

***ATTORNEY FOR DEFENDANT***